IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,

    Plaintiffs,

  v.

WEST MARINE PRODUCTS INC.,

    Defendant.

No. C 13-04916 WHA

**ORDER VACATING JANUARY 9 HEARING**

    In light of the order dated December 13, 2013 (Dkt. No. 21) — which denied as moot defendant's motion to dismiss and to strike class allegations — the hearing set for January 9, 2014 is hereby **VACATED**. The case management conference, however, will still proceed as originally scheduled, at **11 AM ON JANUARY 9, 2014**.

    **IT IS SO ORDERED.**

Dated: December 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE