IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,<br><br>    Plaintiffs,<br><br>  v.<br><br>WEST MARINE PRODUCTS, INC.,<br><br>    Defendant.<br>———————————————————/ | No. C 13-04916 WHA<br><br>**ORDER REGARDING UPCOMING HEARING** |

   Your case is set for a motion hearing on May 1, 2014.

   Please remember our need to train our next generation of lawyers.  So please consider the advisability of assigning the argument to a young lawyer of less than four years experience out of law school in your office.  If you send a letter soon stating that such a young lawyer will conduct the argument (for at least one side), then the hearing will definitely go forward; otherwise, the Court may rule in advance based on the papers if it concludes an oral argument would be of limited value in resolving the motion, in which case the hearing would be vacated.

   **IT IS SO ORDERED.**

Dated: April 30, 2014.

                                                                 _____
                                                                 WILLIAM ALSUP
                                                                 UNITED STATES DISTRICT JUDGE