IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,

    Plaintiffs,

  v.

WEST MARINE PRODUCTS, INC.,

    Defendant.

No. C 13-04916 WHA

**ORDER RE SUPPLEMENTAL BRIEFING FOLLOWING EVIDENTIARY HEARING**

Each side may submit a supplemental brief of no more than **FIVE PAGES** by **5 PM ON SEPTEMBER 18, 2014.** The supplemental briefs will only summarize the important points from today's evidentiary hearing, and shall not include any exhibits.

**IT IS SO ORDERED.**

Dated: September 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE