IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,<br><br>Plaintiffs,<br><br>v.<br><br>WEST MARINE PRODUCTS, INC.,<br><br>Defendant. | No. C 13-04916 WHA<br><br>**ORDER APPROVING JOINT PROPOSAL FOR DISSEMINATION OF NOTICE TO CLASS MEMBERS** |

Pursuant to the order dated September 19, 2014 (Dkt. No. 113), the parties have proposed an agreed-upon form of class notice and a joint plan for dissemination of notice to the certified classes (Dkt. No. 114). Following the undersigned judge's review of the parties' filings, the proposed form of class notice and dissemination plan are both **APPROVED**.

**IT IS SO ORDERED.**

Dated: October 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE