IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,

    Plaintiffs,

  v.

WEST MARINE PRODUCTS, INC.,

    Defendant.

No. C 13-04916 WHA

**ORDER RE REQUEST TO FILE OPPOSITION TO *EX PARTE* APPLICATION TO STAY CASE PENDING APPEAL AND PERMISSION TO APPEAL**

Yesterday, defendant West Marine Products, Inc. filed an *ex parte* application to stay this action pending appeal and pending petition for permission to appeal (Dkt. No. 121). Since then, plaintiffs' counsel have requested an opportunity to file an opposition thereto. For the reasons stated in that request, plaintiffs' counsel shall file any such opposition by **4 PM ON OCTOBER 16, 2014**.

**IT IS SO ORDERED.**

Dated: October 14, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE