IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,

    Plaintiffs,

  v.

WEST MARINE PRODUCTS, INC.,

    Defendant.
                                    /

No. C 13-04916 WHA

**ORDER DENYING JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

      The parties have filed a joint motion to seal the proposed allocation of funds to individual putative class members attached as Exhibit 3 to the Declaration of Stefan Boedeker. They claim that the document contains detailed non-public information concerning compensation amounts that putative class members may receive under the parties' proposed settlement agreement.

      Civil Local Rule 79-5(b) provides that documents may be ordered sealed if they are "privileged, protectable, as a trade secret or otherwise entitled to protection under the law." Additionally, in *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Ninth Circuit held that more than good cause, indeed, "compelling reasons" are required to seal documents used in dispositive motions. Moreover, here we are dealing with a class action and all members of the class have the right to go online and view proceedings on their behalf. Compelling

reasons have not been shown to seal the allocation of funds laid out in the parties' proposed settlement agreement and thus the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE