Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California 90027
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
E-mail:  aharris@harrisandruble.com
          pmohan@harrisandruble.com

Donald R. Pepperman (SBN 109809)
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071
Telephone:  (213) 622-4222
Facsimile:  (213) 622-1656
E-mail:  dpepperman@blechercollins.com

*Attorneys for Plaintiffs Karen Taylor and Paulisa Fields*

Mark D. Kemple (SBN 145219)
Ashley M. Farrell (SBN 271825)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800
E-Mail:  kemplem@gtlaw.com
          farrella@gtlaw.com

*Attorneys for Defendant West Marine Products, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS, <br><br> Plaintiffs, <br><br> v. <br><br> WEST MARINE PRODUCTS, INC., <br><br> Defendant. | Case No. 13-CV-4916-WHA <br><br> **DECLARATION OF STEFAN BOEDEKER PREVIOUSLY FILED AT ECF DOCKET NO. 139-2 (BUT FILED HERE WITH EXHIBIT PURSUANT TO THE COURT'S ORDER AT ECF DOCKET NO. 143)** |

1

DECLARATION OF STEFAN BOEDEKER WITH ALL EXHIBITS (FILED PURSUANT TO THE
COURT ORDER AT ECF DKT. NO. 143)

LA 131907556v1

PLEASE TAKE NOTICE that, pursuant to this Court's November 24, 2014 Order located at Docket 143, Plaintiffs Karen Taylor and Paulisa Fields and Defendant West Marine Products, Inc. (hereafter "the Parties") hereby file the Declaration of Stefan Boedeker with the exhibit previously sought to be filed under seal.  The Parties request that this complete Declaration of Stefan Boedeker, attached as Exhibit A hereto, be utilized in the place of Docket No. 139-2.

Respectfully submitted,

Dated:  November 24, 2014         HARRIS & RUBLE
                                  BLECHER COLLINS PEPPERMAN & JOYE, P.C.


                                  _____
                                  Alan Harris
                                  Donald Pepperman
                                  Priya Mohan
                                  *Attorneys for Plaintiffs*


DATED: November 24, 2014              GREENBERG TRAURIG, LLP

                                  By ___/s/ Mark D. Kemple_____
                                     Mark D. Kemple
                                     Ashley M. Farrell
                                  Attorneys for Defendant
                                  WEST MARINE PRODUCTS, INC.

2

DECLARATION OF STEFAN BOEDEKER WITH ALL EXHIBITS (FILED PURSUANT TO THE
COURT ORDER AT ECF DKT. NO. 143)

# EXHIBIT A

## DECLARATION OF STEFAN BOEDEKER

I, Stefan Boedeker, declare as follows:

1.      I am currently employed as a Director at the Berkeley Research Group in their Los Angeles office.  I submit this Declaration in support of the proposed allocation of funds to individual putative class members contained in Exhibit 3 hereto.  I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I could and would testify truthfully and competently to those facts.

2.      I am a Statistician and an Economist, with extensive experience applying data analytical and statistical methods to employment related matters such as discrimination, wrongful termination, and wage and hour cases. I have performed data analysis including, but not limited to, creating and analyzing large databases of time keeping and payroll records.  I received a Bachelor of Science degree in Statistics and a Bachelor of Arts degree in Business Administration from the University of Dortmund/Germany in 1988.  I received a Master of Science degree in Statistics from the University of Dortmund/Germany in 1988, and I received a Masters of Arts degree in Economics from the University of California, San Diego in 1992.  Attached as Exhibit 1 hereto is my curriculum vitae.  Attached as Exhibit 2 hereto is a list of cases in which my services have been utilized.

3.      I was retained by Greenberg Traurig, LLP, counsel for Defendant West Marine Products, Inc. ("West Marine") in the above captioned matter *Karen Taylor et al. v. West Marine Products, Inc.* to perform calculations to distribute the settlement funds across a certified class of 707 current and former employees.  I had previously issued a declaration in this matter on July 24, 2014.

4.      To perform my calculations detailed below, I utilized three data sources that I received from West Marine: Associate Spiff Detail Reports; Time Punch Data; and Earnings Reports from payroll.  The data were initially analyzed to compile a class list of current and former employees who had spiff earnings in a week where they also had worked over eight hours on at least one day in that same week and where the spiff

---

DECLARATION OF STEFAN BOEDEKER

**EXHIBIT A 001**

earnings were not included in the regular rate calculations, resulting in a miscalculation of the overtime premium under the method set forth in the Court's September 19, 2014 Order.   In this regard, the Court used a method which requires not only (1) recalculation of the regular rate of pay for weeks in which no weekly overtime is worked, but during which there is daily overtime, but also (2) application of the regular rate not only to the half hour (or hour) of overtime premium pay, but also to the underlying hour worked.  In short, apart from not requiring weekly overtime, this method results in a total overtime payment of 1.5 times (or 2 times for double time) the adjusted regular rate, rather than 1 times the straight rate plus .5 times the adjusted regular rate (or 1 times the straight rate plus 1 times the adjusted regular rate in the case of double time).  As I understand it, application of the regular rate in that fashion for weekly overtime was rejected by the California Court of Appeal's decision in *Marin v. Costco Wholesale Corp*., 169 Cal. App. 4th 804 (2009).

5.     However, applying the daily method outlined by the Court's September 19, 2014 Order, the Associate Spiff Detail data file yielded 687 current and former employees who matched the criteria of having spiff earnings in a week where they also had worked over eight hours on at least one day in that same week. However, a comparison between the Associate Spiff Detail data file and the Earnings Report showed spiff earnings recorded in the Earnings Reports that were not in the Associate Spiff Detail data file. Specifically, the Earning Report also includes spiffs that, due to their nature, are not recorded via the point of service (register) and thus are not included in the Spiff Detail data file (such as vendor-paid spiffs[1]), and spiffs that were inadvertently not recorded in the Spiff Detail data file due to associate or technical error and are thus manually input into the Earnings Reports.  A detailed analysis of the Earnings Reports resulted in an additional 20 current and former employees who matched the class

---

[1] Further, and in an abundance of caution to ensure no spiffs were improperly excluded and that the maximum potential recovery was calculated, all spiffs including those paid by vendors identified in the Earnings Report were included in my calculations.

DECLARATION OF STEFAN BOEDEKER

definition as set forth by the Court.  In total, there are 707 current and former employees who matched the criteria of having spiff earnings in a week where they also had worked over eight hours on at least one day in that same week.

6.      It is my understanding that the total "Settlement Proceeds" to be paid by West Marine in the settlement of this matter is $435,000.  It is my further understanding, that from this $435,000 settlement amount, the following estimated payments are to be made: (i) up to $15,000 for Administrative Costs; (ii) $5,000 to each of the Plaintiffs ($10,000) in settlement of their individual claims, in addition to whatever representation fee the Court might award; (iii) Class Counsel's Attorneys' Fees as approved by the Court (assumed for the purpose of my calculations to be 30%[2]); (iv) Class Counsel's Litigation Costs as approved by the Court (assumed for the purpose of my calculations to be $30,000[3]); (v) settlement disbursements to the Settlement Class (the "Net Settlement Amount"); and (vi) $5,000 (the California Labor and Workforce Development Agency's share of allocated PAGA penalties).

7.      Deducting the above payments from the total "Settlement Proceeds" results in a net settlement amount of $244,500 to be distributed among the certified class of 707 current and former West Marine employees.  I came to this net settlement figure by subtracting the above Administrative Costs ($15,000), representation fee to Plaintiff Karen Taylor and Plaintiff Paulisa Fields ($10,000 total), and California Labor and Workforce Development Agency's share of allocated PAGA penalties ($5,000) from the total "Settlement Proceeds" amount of $435,000.  Subtracting these figures from $435,000 resulted in a total of $405,000.  I then determined the estimated Attorney's Fees to be paid to Class Counsel from the total "Settlement Proceeds" by multiplying $435,000 by .30 (assuming Attorney's Fees would constitute 30% of the total recovery),

---

[2] My calculations can be easily adjusted in the event that the Court approves a greater or lower fee award.

[3] Likewise, my calculations can be adjusted in the event that the Court approves a greater or lower cost award.

which resulted in $130,500.  Subtracting the Attorney's Fees amount of $130,500 from $405,000 resulted in $274,500.  Finally, I estimated the total costs to be awarded to Class Counsel as $30,000.  Subtracting this amount from the $274,500 figure resulted in a Net Settlement Amount of $244,500 to be distributed among the certified class of 707 current and former West Marine employees.  The allocation of the $244,500 Net Settlement Amount figure is outlined in Section II(C) of the Parties' Settlement Agreement as well as in Exhibit 3 hereto.  Because Exhibit 3 shows personal compensation information, including an analysis of former individual earnings, my understanding is that it the parties have requested that it be filed under seal with the Court.

8.      Section II(C) of the Settlement Agreement calls for the first thirty percent (30%) of the Net Settlement Amount to be allocated to waiting time penalties for Participating Class Members whose employment with Defendant ended prior to the Preliminary Approval Date, and divided equally among such persons.  Accordingly, to determine the amount to be allocated for former employee recovery, I multiplied the Net Settlement Amount of $244,500 by .30.  This resulted in $73,350 to be allocated to waiting time penalties.  Given that there are 418 former employees, dividing $73,350 by 418 results in a sum of approximately $175.48 to be distributed to each member of the former employee class.

9.      Section II(C) of the Settlement Agreement further calls for a total of $18,282.96 to be distributed to the class.  This figure represents the total amount due to the class as a result of any underpay of the regular rate under the method set forth in the Court's September 19, 2014 Order.

10.     Finally, Section II(C) of the Settlement Agreement requires that each Participating Class Member receive an equal distribution of the settlement funds that remain after deducting waiting time penalties and total underpayment due to the class under the method set forth in the Court's September 19, 2014 Order from the Net Settlement Amount of $244,500.  Subtracting waiting time penalties of $73,500 and total underpayment due to the class under the method set forth in the Court's September 19,

2014 Order of $18,282.96 from the $244,500 Net Settlement Amount results in $152,717.04 to be distributed equally across a certified class of 707 current and former employees. Dividing $152,717.04 by 707 class members' results in an additional sum of approximately $216 to be distributed to each class member.

11. In order to properly calculate the correct overtime premium to be utilized for the above distributions, including the spiff earnings, I applied the following five-step procedure.

    a.    Step 1: Identify all instances in the Associate Spiff Detail data file when an employee had spiff earnings in a week where they also had worked over eight hours on at least one day in that same week.

    b.    Step 2: Calculate total earnings in that week not including overtime premiums as follows:

        i.    Spiff earnings + (Regular Hours + Overtime Hours + Double Time Hours) * Pay Rate;

        ii.    The Associate Spiff Detail data file indicates the date when the spiff was actually earned and the spiff earning was counted in the week when it was earned.

    c.    Step 3: Calculate all hours worked in that week (Regular Hours + Overtime Hours + Double Time Hours).

    d.    Step 4: Divide the earnings computed in Step 2 by the hours computed in Step 3 to obtain the regular rate of pay ("RRP").

    e.    Step 5: Half of the regular rate of pay computed in Step 4 is (under the Court's September 19, 2014 Order) the correct overtime premium including the spiff earnings. To obtain the underpaid overtime premium half of the pay rate ("PR") has to be subtracted and the following calculations for over time ("OT") and double time ("DT") have been performed:

---

DECLARATION OF STEFAN BOEDEKER

      i.   Underpaid OT: $0.5*(RRP - PR) * OT$ hours;

      ii.   Underpaid DT: $(RRP - PR) * DT$ hours

12.    To illustrate the calculations described above, I chose the class member whose employee ID is 44426, and to whom I will refer to by the fictitious name "Mr. Smith." According to the time punch detail data, Mr. Smith worked 33.58 regular hours and 6.35 hours of overtime in the week ending 6/30/2012. According to the Associate Spiff Detail Report he earned $20.52 in spiffs in that week (6/24/2012 - $3.00, 6/25/2012 - $10.12, and 6/27/2012 – $7.40). His pay rate is listed as $20.7504 in the payroll Earnings Report in that week.

    a.   Total earnings not including overtime premiums and total hours worked:

        i.   Spiff earnings: $20.52

        ii.   33.58 hours of regular time + 6.35 hours of overtime = 39.93 hours

        iii.   39.93 hours * pay rate of $20.7504 = $828.5635

        iv.   Total earnings: $20.52 + $828.5635 = $849.0835

    b.   Regular rate of pay calculation:

        i.   Regular Rate of Pay: $849.0835/39.93 = $21.2643

        ii.   Difference between Regular Rate of Pay and pay rate: $21.2643 - $20.7504 = $0.513899

    c.   Underpaid overtime premium calculations:

        i.   Underpaid overtime premium: $0.513899 * 6.35 overtime hours = $3.2633

        ii.   Underpaid overtime premium per court order: 3 * $0.513899 * 6.35 overtime hours = $9.7898

Rounding to dollars and pennies, comes to: $9.79

---

DECLARATION OF STEFAN BOEDEKER

13.   It should be noted that in order to obtain the most favorable computations for the class members negative amounts for spiff earnings[4] were excluded from these calculations.   Additionally, to the extent that any calculations resulted in an amount constituting a fraction of a cent, this amount was rounded up to the next full cent figure.

14.   Further, I compared the reported spiff earnings in the Associate Spiff Detail data file to the reported spiff earnings in the payroll Earnings Reports for the 687 current and former employees who had spiff earnings in a week where they also had worked over eight hours on at least one day in that same week.   In cases where the Earnings Report included spiff earnings in addition to the spiff earnings identified in the Associate Spiff Detail data file, I performed the same calculations outlined in the five-step-procedure for the additional spiff earnings contained in the Earnings Reports.   Because the Earnings Reports contain information only about the date when the spiff was actually paid to the employee, in the instances when the spiff earning was identified solely in the payroll Earnings Reports, I pulled the Time Punch Data for the employee and determined in which week of the two-week pay period the inclusion of the spiff would result in the highest amount potentially due to the employee under the Court's method.   The spiff was then calculated as earned during the week that resulted in the highest amount potentially due to the employee under the Court's method.

15.   The results of the above calculations, which identify the allocations made to each class member as described in Section II(C) to Settlement Agreement, are contained in the column labelled "Daily OT (1.5)" of Exhibit 3 to this declaration.

16.   I performed the same process described above for each of these persons, but using the method suggested in *Marin v. Costco Wholesale Corp.*, 169 Cal. App. 4th 804 (2009), such that the adjusted regular rate was applied only to the premium pay (.5 hours

---

[4] Negative entries for spiff earnings were the result of internal recording errors, including spiffs being inadvertently recorded as being earned by the wrong employee and subsequently being re-assigned to the correct employee such that, when corrected, the spiff amount that was incorrectly recorded and corrected appears as a negative.

for regular overtime, and 1 hour for double overtime pay), with straight pay used to pay the underlying overtime hour.  The results of those calculations also are shown in the column labelled "Daily OT (.5)" of Exhibit 3.

17.    Finally, Exhibit 3 shows the total amounts allocated to each of these 707 class members to include the maximum possible underpayment under the Court's method of calculation, as well as any former employee award, as wee as each class members' participation of the Net Settlement Amount.

18.    I was also asked to use some basic Excel sorting functions to sort Exhibit 3 and determine various key statistics.  With these sorting tools, I determined that using approach set forth in *Marin v. Costco Wholesale Corp*., 169 Cal. App. 4th 804 (2009), and applying that to daily overtime (in weeks in which no weekly overtime was earned): 50% of the class (353 of 707) had an "underpayment" of $1 or less over 5 years; 74% of the class (526 of 707) had an "underpayment" of $5 or less over 5 years; and 96% of the class (677 of 707 ) had an "underpayment" of $50 or less over 5 years.  Further, with these sorting tools, I determined that using the method set forth in the Court's September 19, 2014 Order: 33% of the class (235 of 707) had an "underpayment" of $1 or less over 5 years; 55% of the class (394 of 707) had an "underpayment" of $5 or less over 5 years; and 88% of the class (624 of 707) had an "underpayment" of $50 or less over 5 years. Yet as shown in the total payment column of Exhibit 3, the estimated payments under the Settlement Agreement (assuming a 30% fee recovery and $30,000 in litigation costs) to the 707 class members, range from between $216 and $1111.

19.    I am informed that Exhibit 3 to this declaration was provided to counsel for the plaintiffs as part of the mediation of this action.  Thereafter, and as part of these settlement discussions, I have had several discussions with counsel for the plaintiffs, Alan Harris and Priya Mohan, as well as with their consultant, Evelyn Carlston, concerning the data and methods used to calculate the amounts set forth on Exhibit 3. West Marine's counsel, Mark Kemple, also was a party to each of these discussions.

---

DECLARATION OF STEFAN BOEDEKER

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 20th day of November 2014, at Los Angeles, California.

Stefan Boedeker

DECLARATION OF STEFAN BOEDEKER

**EXHIBIT A 009**

# Exhibit 1

EXHIBIT A 010

EXHIBIT A



**Stefan Boedeker**

**Director**

**Berkeley Research Group**

550 South Hope Street
Suite #2150
Los Angeles, CA 90071
Tel: (310) 499-4924
Cell: (213) 705-1324

Email: sboedeker@brg-expert.com

**Education**
- BS in Statistics, University of Dortmund, Germany
- BA in Business Administration, University of Dortmund, Germany
- MS in Statistics, University of Dortmund, Germany
- MA in Economics, University of California, San Diego
- Met Ph.D. requirements except dissertation in Economics, University of California, San Diego

**Professional Associations**
- Member of the American Economic Association (AEA)
- Member of the American Statistical Association (ASA)
- Member of the Econometric Society
- Member of the Mathematical Association of America (MAA)
- In 2001 Stefan was a member of an AICPA task force dealing with Corporate Integrity Agreements (CIA). Stefan was responsible for issues related to statistical methodology utilized in CIA's.

# Stefan Boedeker

Stefan is a Director at Berkeley Research Group where he focuses on the application of economic, statistical, and financial models to a variety of areas such as solutions to business issues, complex litigation cases, and economic impact studies. He has extensive experience applying economic and statistical theories and methodologies to employment related matters such as discrimination, wrongful termination, and wage and hour cases. His work in such cases to date has included, but is not limited to, designing and conducting surveys, time and motion studies, observational studies, statistically analyzing the results of such surveys and studies (his own and other experts' studies), applying statistical sampling methodologies to extrapolate results from a subset to a universe of individuals, developing statistical models and tests to answer liability questions, applying economic theory to develop damages scenarios, and analyzing large employment related databases.

## Professional and Business Experience

## Representative Engagements

## Employment Litigation

### WAGE AND HOUR

»   For a computer equipment leasing company Stefan utilized statistical models to estimate exposure due to alleged forfeiture of unpaid vacation time.

»   For a limousine company Stefan developed a statistical sampling based exposure model to quantify the impact of alleged unpaid overtime.

»   In several cases involving 12 hour shift workers at hospitals Stefan performed rebuttal analyses of plaintiff's damages computations.

»   For a large electronic retail chain Stefan calculated exposure based on the failure of paying overtime for store managers.

»   For a major department store Stefan performed a statistical analysis of manager surveys where he found significant differences in the managers' allocation of time across department and stores. Ultimately, due to these differences a class was not certified.

»   For a large sporting goods retail chain Stefan assisted in defining the size of the potential class and in estimating the potential exposure which led to a favorable, early settlement of the case.

»   For a women's shoes retail chain Stefan designed and statistically analyzed an observational study to quantify the amount of time spent on exempt versus non-exempt tasks.

»   For a video rental store chain Stefan developed sampling algorithms based on in-store security cameras to analyze time spent by assistant managers on exempt versus non-exempt activities.

»   For a large fast food chain Stefan directed a team collecting employee work information from restaurant locations in order to monitor and gain compliance in response to litigation

»   For a large mass merchandiser Stefan developed a document and data reconciliation tool and he developed a statistical sampling mechanism to proof compliance with a court ordered document retention procedures in the course of a wage and hour litigation.

»   Stefan worked with a Fortune 500 bank in a class action suit to review the claims of managers that were misclassified and should have been paid overtime.  To compute damages, Stefan reviewed the overtime records of employees in this position prior to a job classification change and, in the absence of overtime data after the job classification change, Stefan reviewed sign in and sign out times of the office building.

»   For a long-term care provider Stefan used data from timesheets, payroll, and other scheduling records to create comprehensive reports showing potential exposure for each of the claimed areas:  timely wage payment, overtime wage payment, adequate daily meal and rest break periods, and travel time compensation.

»   For a maternity clothing store chain Stefan performed analyses related to exempt/non-exempt status issues for managers and assistant managers.  Stefan also conducted a break time analysis for all employees.

»   For a commercial flooring contractor Stefan assessed the job duties and responsibilities of a group of supervisors.  During the engagement, the scope of work expanded to include an analysis of misclassification and back-pay exposure for additional groups of employees.

»   For a software developer Stefan analyzed how department and project specific characteristics impacted the work flow and the correlation of that impact to certain exemptions.

»   For a large meatpacker Stefan conducted a time and motion study to properly assess the duration of certain separately compensated activities to rebut allegations of violation of minimum wage laws.

»   For a public university housing department Stefan conducted an extensive time and motion study to identify the tasks (and associated time range to perform each task) related to processing a contract cancellation.

» For a large drugstore chain Stefan used in-store cameras for the smaller stores and actual in-store observations for the larger stores to conduct a time motion study and quantify the time spent by assistant managers on certain pre-defined tasks.

» For a large public storage company Stefan conducted a detailed time and motion study to determine the cost of collection and administration of late payments.  Using both self-logging and independent review techniques, Stefan defined each step in the late payment process, calculated the cost to the company for such activities, and compared this cost to the late fees under dispute.

» For a large retail store chain Stefan performed statistical analyses of regularly conducted employee activity surveys.

» For a mass merchandiser, Stefan conducted an observational study of activities of all individuals classified as managers to show significant differences in daily activities.

» For a department store, Stefan conducted an in-store observational study of managers and assistance managers to assess the percentage of time spent on managerial tasks.

» For a state ferry system in the Pacific Northwest, Stefan conducted an observational study of engine room personnel during shift changes to quantify potentially unpaid time worked.

» For a large retail chain Stefan conducted an extensive analysis of the company's compliance with break time rules and regulations and also the employees' usage and potential abuse of break time.

» For a large mass merchandise retailer Stefan compiled a comprehensive database of punch clock data, payroll data, point of sales data, hardcopy information about manual edits of time entries, store security system data, etc. to analyze allegations of inserting breaks, deleting time and forcing employees to work after they clocked out.

» For a large electronic retail chain Stefan analyzed time card data, point of sales data and other store specific attributes to quantify potentially missed meal and rest breaks.


**DISCRIMINATION, WRONGFUL TERMINATION**

» For a large telecommunications company, Stefan provided a rebuttal analysis of plaintiffs' expert's damages analysis in a multi-plaintiff action alleging wrongful termination and age discrimination.  Stefan also developed alternative damages scenarios and addressed questions of liability.

» In an OFCCP investigation alleging discriminatory hiring practices at several food processing plants, Stefan constructed employment databases and performed statistical analyses to address the allegations.

» In a gender discrimination case involving a client in the food processing industry, Stefan analyzed the impact of the implementation of an Affirmative Action Plan on the allegedly discriminatory employment practices.

» In a wrongful termination case alleging age discrimination for a vegetable seed company, Stefan performed rebuttal work of the plaintiff's expert's liability and damages analysis.

**EXHIBIT A 013**

» In a wrongful termination case alleging age discrimination for a major aerospace company, Stefan performed statistical analyses to rebut allegations of age discrimination.

» In a class action race discrimination suit against the Alabama Department of Transportation, Stefan developed statistical regression models and tests to analyze the alleged discrimination.

» In a class action gender discrimination case against a large real estate brokerage firm, Stefan provided deposition testimony to class certification issues.

» In a wrongful termination dispute of a regional property manager, Stefan utilized economic and statistical models to assess the allegations of economic loss due to the separation of employment.

» In a gender discrimination case against a temporary employment agency, Stefan performed econometric analyses to disprove salary discrimination against two former female employees. Stefan addressed plaintiffs' expert's damages calculations and developed alternative scenarios.

» In a case involving a job lottery for dock workers, Stefan performed a statistical analysis of the process showing that the lottery did not create a disparate impact.

» For a large meat processing plant, Stefan performed statistical analyses of employment data to address allegations of discriminatory hiring practices.


## <u>Other Disputes</u>

➢ In numerous investigations about alleged stock option backdating Stefan developed and applied statistical methods analyzing financial data to evaluate the allegations.  He also applied statistical sampling methodology in these cases.

➢ For a prestigious national not-for-profit organization, completed commissioned study to examine the actual trading activity of a number of diversified investors and compare it to alleged market price effects of claimed securities fraud (asserted in complaints) in order to determine the net impact of the particular diversified investors. Based on the study, made inferences about the impact on the broader community of diversified investors to determine to what extent shareholders in fact are paying themselves in class action settlements.

➢ For a leading publicly-traded developer of enterprise management software, employed statistical approach to demonstrate the diversity of investment styles among proposed lead plaintiffs for a securities class action lawsuit alleging section 10b-5 violations and other claims. Employed an econometric approach to estimate potential damages for each lead plaintiff.

➢ For a leading publicly-traded developer of enterprise management software, Stefan employed econometric time-series model to analyze allegations of insider trading and the timing of certain stock transactions relative to information available to officers in the company.

➢ For a shareholder derivative action against a leading publicly-traded health care provider, employed an econometric approach to quantify potential damages per share due to alleged section 10b-5 violations and other claims. For the same matter, developed a multi-trader model to estimate the number of shares potentially damaged.

➢ For a publicly-traded manufacturer of office supplies, developed a Black-Scholes application and utilized a binomial distribution probability methodology to evaluate the appropriateness of the size of a loan loss reserve related to a loan collateralized by the assets of an employee stock purchase plan.

➢ For a large software developer, Stefan performed statistical modeling to assist in a securities class action litigation involving allegations of improper revenue recognition, reserve allocations, financial statement disclosures and other accounting irregularities

➢ For a failed computer hardware company in defense of a 10b-5 securities litigation action, Stefan performed statistical analyses of accounting transactions, inventory and receivable reserves and the auditor's work papers in its evaluation of the allegations.

➢ In several Rule 10b(5) class actions, Stefan used the event study approach to calculate the value line of a security.  In these cases Stefan applied complex and advanced one, two, and multi-trader models.

➢ When heading up the Economics and Statistical consulting group at a Big Five Accounting Firm, Stefan directed numerous engagements in quantifying exposure in securities litigation cases where wrongdoing of the auditor was alleged.

➢ For a patent infringement case on industrial orbital sanders, Stefan analyzed scenarios based on economic demand models and price elasticity calculations to determine past and future lost profits as well as price erosion.

➢ In a copyright infringement case of used car evaluation guides, Stefan specified and estimated linear and non-linear regression models to determine the effect of the infringement of the copyright on sales over time.

➢ In a merger of two warehouse chains, Stefan specified statistical tests and regression models to explain differences in inventory shortages.

➢ In a natural resource damage case, Stefan provided econometric analysis of property value loss due to proximity to a solid waste site utilizing hedonic regression models.

➢ In a natural resource damage case, Stefan provided econometric analysis of property value loss due to proximity to a polluted river utilizing hedonic regression models.

➢ For a case involving potential damage from a landfill in a state park, Stefan analyzed data about travel, tourism and park attendance. Stefan specified and estimated linear regression models and time series models to predict park attendance.

➢ For a large U.S. food and beverage company, Stefan worked on an evaluation of intangible assets based on an econometric model comparing the demand of branded and private label products.

- ➢ In a dispute over decline in returns for soybean futures, Stefan specified statistical models to predict cumulative returns.

- ➢ In a class action case involving alleged diminution of property values due to ground-water contamination, Stefan specified and estimated hedonic regression models to show that other factors than the contamination contributed significantly to the loss in property value.

- ➢ For a patent infringement case on micro-motors, Stefan analyzed data of production and sales of goods that contain micro-motors and ran econometric regressions to determine price erosion.

- ➢ For a film production company, Stefan specified statistical models to quantify the loss in expected box office revenue due to the breach of contract by a celebrity.

- ➢ In a dispute between a union and a meatpacker over violation of state law with respect to fixed allowances for certain compensable activities, Stefan analyzed the union's damage claim and conducted an activity timing analysis.

- ➢ Stefan designed and administered large-scale databases to reconstruct accounting records of a large financial institution's Corporate Trust Department. He developed statistical models to analyze bondholders' presentment behavior of Bearer bonds.

- ➢ In a dispute between the Department of Interior and individual Native Americans over mismanagement of individual trust accounts, Stefan performed a statistical analysis of an electronic database with approximately 60 million records in order to draw a statistically valid sample of accounts for further analysis.

- ➢ In a trademark infringement case of video equipment, Stefan calculated damages based on the defendant's unjust enrichment utilizing statistical time trend models.

- ➢ For a major chemical company involved in a personal injury case, Stefan created and maintained a database containing damage award data about chemical industries.  Stefan also specified pooled cross-sectional/time-series regression models to analyze the effects of punitive damage awards on job safety and new capital expenditure.

- ➢ For a breach of contract case involving a production company over failed financing for a film, Stefan analyzed cost and revenue figures and estimated regression models to predict foreign box office revenues.

- ➢ For a major healthcare provider involved in a dispute with a potential class of more than 3,000 other providers over allegedly excessive outlier payments Stefan performed economic and statistical analyses.  Ultimately, class certification was denied in that case.

- ➢ For a large homecare product provider involved in a Qui Tam investigation, Stefan analyzed and rebutted the Government's expert's statistical approach to extrapolating error frequencies and potential damages.

- ➢ For a large chain of healthcare services provider involved in a corporate fraud investigation, Stefan developed statistical models to assess how the corporate fraud may have affected payments under the federally funded healthcare reimbursement programs.

➢ For a shareholder derivative action against a leading publicly-traded health care provider, employed an econometric approach to quantify potential damages per share due to alleged section 10b-5 violations and other claims. For the same matter, developed a multi-trader model to estimate the number of shares potentially damaged.

➢ For a large chain of healthcare services provider involved in a corporate fraud investigation, Stefan developed statistical models in junction with a DOJ hired expert statistician to quantify potential overpayments through the cost report system which was tainted by the corporate fraud.

➢ For a major health care provider involved in a large scale DOJ investigation, Stefan developed statistical sampling models and negotiated their application in an eight year corporate integrity agreement with the OIG.

➢ For a State Department of Health and Social Services, Stefan quantified the damages caused by a system error in the State's Medicaid eligibility processing system.

➢ For a large homecare product provider involved in a Qui Tam investigation, Stefan developed alternative stratified sampling models to address allegations of fraudulent billing practices.

➢ For a State Department of Health and Social Services, Stefan developed a simulation study to assess the impact of an insurer's plans of changing its status to for-profit.

➢ In a provider's OIG self-disclosure relating to CPT coding issues, Stefan conducted statistical sampling reviews to prove that the errors were random in nature and did not constitute fraud.

➢ For a major health care provider, Stefan developed statistical methods to assess the exposure in a DOJ investigation related to cost report reserve issues.

➢ For a state's psychiatric hospitals, Stefan developed the statistical methodology in a billing dispute with HCFA about potential charge and billing problems.

➢ In a variety of cases, Stefan designed statistical random samples for an HMO to test the validity and reliability of electronic databases in a billing dispute with HCFA (now CMS).

➢ In a variety of cases, Stefan assisted clients in the use of the Government approved statistical program RatStat to perform probe samples and the necessary extrapolations of repayments due to the Government in Medicare reimbursements disputes.

➢ For several County owned hospitals in San Diego County, Stefan conducted the statistical analysis for a self disclosure, and presented the results to the regional OIG office in Santa Ana, CA.

➢ In a dispute between a major health care provider and private payor groups, Stefan developed statistical stratified sampling models to assess exposure across different contract types.

➢ For a project analyzing data of billing overcharges of a chain of psychiatric hospitals, Stefan worked on a sample design and the estimation of the total amount of overcharges based on the sample.

➢ For a large healthcare corporation involved in the breast implant litigation, Stefan specified and estimated statistical models to quantify the expected contribution to a combined settlement pool.  He also quantified potential liability in individual law suits by analyzing company specific production and profitability data combined with a study of the correlation between compensatory and punitive damages in similar law suits.

➢ For a major health care provider, Stefan developed statistical sampling plans in the area of Home Health Care to assess the exposure in a DOJ investigation regarding medical necessity issues.

➢ For a major health care provider, Stefan developed statistical sampling models and predictive models to answer questions about irregularities of Lab billings.

➢ For the Los Angeles County Department of Health Services, Stefan conducted a time and motion study to determine the time required to complete specific Medi-Cal eligibility and provider forms.

➢ For the Los Angeles County Department of Health Services, Stefan developed a database tool to capture the time spent on specific Medi-Cal eligibility and provider tasks.

➢ For a large financial institution's personal trust department, Stefan designed a random sample to estimate the potential exposure due to fee overcharges.

➢ For a major long distance carrier, Stefan developed a stratified random sample design to estimate the amount of disputed charge backs from a service provider.

➢ In a dispute between a major long distance carrier and some of its supply vendors about overcharges on invoices, Stefan developed stratified random sample designs to quantify the overcharges.

➢ For a project analyzing the extent of competition in the market segments of a pipeline company, Stefan analyzed price indices.

➢ In an antitrust case involving high volume copiers, Stefan estimated the divisional cost of capital directly from divisional accounting time series using the capital asset pricing model.

➢ In a major municipal bankruptcy, Stefan performed an analysis of financial time series data of yields and cost of borrowing for the portfolio and selected subsets thereof. He also developed statistical forecast models based on the pre-bankruptcy portfolio to predict interest earnings and expenses as well as daily cash flows for the post-bankruptcy period.

➢ In a variety of cases, Stefan designed statistical random samples for HMO's to test the validity and reliability of electronic databases containing patient information.  In a large variety of cases, Stefan rebutted expert reports utilizing economic theory or statistical techniques, in particular economic demand models, regression models and statistical sampling methods.

## Non-Disputes

➢ For the American Film Marketing Association, Stefan performed an economic impact study of the influence of the independent film producers and distributors on the U.S. economy in general, and the California economy in particular.

➢ For a large entertainment client, Stefan developed statistical models to predict the return of video cassettes and DVDs.

➢ For several clients in the retail industry, Stefan developed statistical models to estimate the liability of unredeemed gift certificates.

➢ For a client in the restaurant business, Stefan developed statistical models to quantify the dollar amount of outstanding unredeemed gift certificates.

➢ For a major hotel chain, Stefan developed statistical models to forecast the redemption of frequent traveler program points for tax purposes.

➢ For a high profile e-commerce company, Stefan's team produced an interactive Business decision tool to forecast company growth and profitability. The interactive model allows the client, through the choice of a few fundamental inputs, to measure the simultaneous impact on all cost and revenue dimensions of the company, including real estate and equity participation.

➢ For the Nevada Resort Association, Stefan quantified the economic impact of the gaming industry with special emphasis on the accelerated population growth in greater Las Vegas.

➢ For the Los Angeles Unified School District, Stefan performed an economic study about the impact of different recycling programs.

➢ For the Los Angeles County Department of Health Services, Stefan conducted a time and motion study to determine the time required to complete specific Medi-Cal eligibility and provider forms.

➢ For the Arizona Tax Research Association, Stefan developed economic models to quantify the revenue impact of a proposed change of taxation in the construction sector in Arizona.

➢ For a hotel property management company, Stefan analyzed customer data, and used data mining methods to develop predictive models for customer acquisition, retention, and attrition.

➢ For a project analyzing the extent of competition in the market segments of a pipeline company, Stefan estimated regression and Tobit-models to determine optimal bidding behavior for gas storage demand. He prepared testimony given in filings before the Federal Energy Regulatory Commission (FERC).

➢ For large grocery store chains, Stefan analyzed the effectiveness of a frequent shopper card program utilizing data mining techniques.  He also analyzed customer data to facilitate the introduction of one-to-one marketing tools.

**EXHIBIT A 019**

➢ For a hotel property management company, Stefan developed a demand driven yield management system.

➢ For a company providing self storage space, Stefan developed a demand driven price-setting strategy utilizing own- and cross-price elasticity regression models.

➢ For a high-tech start-up with a unique service offering of new products, Stefan recommended product-pricing scenarios.

➢ For a large international conglomerate, Stefan developed customized data mining techniques for the implementation within a customer knowledge management system.

➢ For a large law firm, Stefan performed a comprehensive statistical analysis of Los Angeles superior court jury verdicts over the last decade. The project tested the hypothesis of systematic bias in particular courthouses with respect to plaintiff-win probability, length of trial, length of deliberation, and dollar amounts awarded.

## DEPOSITIONS & TESTIMONY

### Depositions

➢ MRO Communications, Inc vs. American Telephone and Telegraph Company, United States District Court District of Nevada, Case. No. -5-95-903-PMP, Deposition Testimony, September 26, 1996

➢ Yolanda Aiello Harris, individually and on behalf of all others similarly situated; Jennifer Hopkins, individually and on behalf of others similarly situated; Shannon L. Bradley, individually and on behalf of others similarly situated, Plaintiffs, vs. CB Richard Ellis, Inc., a California corporation; CB Commercial INC., a California corporation; Defendants, Superior Court of California, County of San Diego, Case No. GIC 745044, Deposition Testimony, January 05, 2001.

➢ State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II, Deposition Testimony, October 11, 2001.

➢ Howard Wright, Inc., a California corporation doing business as AppleOne Employment Services, Plaintiffs, vs. Olsen Staffing Services, Inc., a Delaware Corporation, Dagney Smith, an individual, Vicky Riechers, an individual, and Linda Shiftman, an individual, Defendants, Superior Court of the State of California for the County of Los Angeles, Case No. BC 200657, Deposition Testimony, December 7, 2001.

➢ Sacred Heart Medical Center, et al., Plaintiffs, -vs- Department of Social and Health Services, and Dennis Braddock, the Secretary of the Department of Social and Health Services, Defendants, Superior Court of the State of Washington in and for the County of Thurston, No. 00-2-01898-1, Deposition Testimony, January 23, 2003.

➢ Patrick Bjorkquist individually and on behalf of all others similarly situated, Plaintiff, vs. Farmers Insurance Company of Washington, Defendant, in the Superior Court of the State of Washington for King County, Case No.: 02-2-11684-1 SEA, Deposition Testimony, November 3, 2003.

➢ Diversified Property, a general partnership, Dora Saikhon Family Trust, and Nancy Saikhon Borrelli, an individual, Plaintiffs vs. Manufacturers Life Insurance (U.S.A.), a Michigan corporation, erroneously sued as Manufacturers Life Insurance Company, Inc., Defendants in the Superior Court of California, County of San Diego, Case No.: GIC 815128, Deposition Testimony on July 21, 2004.

➢ Alan Powers, Plaintiff, vs. Laramar Group et al., Defendants in the United States District Court, Northern District of California, No. C-02-3755 SBA, Deposition Testimony on August 27, 2004.

➢ Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919, Deposition Testimony on February 9, 2005.

➢ Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919, Deposition Testimony on March 11, 2005.

➢ Fujitsu v. Cirrus Logic et al., United States District Court, Northern District of California, San Jose Division, Case No. 02CV01627.  Deposition Testimony on April 21,22, 2005.

➢ Goldman et al. v. RadioShack Corporation, United States District Court, Eastern District of Pennsylvania, Case No. 03 CV 0032, Deposition Testimony on May 18, 2005.

➢ Perez et al. v. RadioShack Corporation, United States District Court, Northern District of Illinois, Eastern Division, Case No. 02-CV-7884, Deposition Testimony on December 13, 2005.

➢ United States of America ex rel. A. Scott Pogue v. American Healthcorp Inc., Diabetes Treatment Centers of America Inc., et al., United States District Court, Middle District of Tennessee at Nashville, Civil No. 3-94-0515, Deposition Testimony on May 12, 2006.

➢ School Districts' Alliance v. State of Washington, United States District Court, Eastern District of Thurston, Case No. 04-2-02000-7, Deposition Testimony on July 20, 2006.

➢ Boca Raton Community Hospital, Inc., a Florida not-for-profit corporation d/b/a Boca Raton Community Hospital, on behalf of itself and on behalf of Class of all others similarly situated v. Tenet Healthcare Corp., a Nevada Corporation, United States District Court,  Southern District of Florida, Miami Division, Case No. 05-80183-CIV-SEITZ/MCALILEY, Deposition Testimony on July 25, 2006.

➢ Boca Raton Community Hospital, Inc., a Florida not-for-profit corporation d/b/a Boca Raton Community Hospital, on behalf of itself and on behalf of Class of all others similarly situated v. Tenet Healthcare Corp., a Nevada Corporation, United States District Court,  Southern District of Florida, Miami Division, Case No. 05-80183-CIV-SEITZ/MCALILEY, Deposition Testimony on October 13, 2006.

➢ Louise Ogborn v. McDonald's Corporation et al., Commonwealth of Kentucky 55th Judicial District, Bullitt County Circuit Court, Case No. 04-CI-00769, Deposition Testimony on October 19, 2006.

➢ Elise Davis v. Kohl's Department Stores, Inc. consolidated with Rosie Grindstaff v. Kohl's Department Stores, Inc., Superior Court of the State of California for County of Los Angeles Central District, Case No. BC 327426 (lead case) consolidated with Case No. BC 341954, Deposition Testimony on April 25, 2007.

➢ Norman Utley, et al., v. MCI, Inc., MCI Worldcom Communications, Inc., and MCI Network Services, Inc., formerly known as MCI Worldcom Network Services, Inc., United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3:05 - CV- 0046 - K, Deposition Testimony on May 30, 2007.

➢ Ramon Moreno and Ernesto Morailo, on behalf of themselves and all others similarly situated v. Guerrero Mexican Food Products Inc., a division of Gruma Corporation; and Gruma Corporation, a Nevada Corporation, United States District Court, Central District of California, Case No. CV05-773RSWL(PLAx), Deposition Testimony on August 10, 2007.

➢ Darensburg et al. v. Metropolitan Transportation Commission, U.S. District Court, Northern District of California, Case No. C-05-1597-EDL, Deposition Testimony on March 18, 2008.

➢ In Re: King Pharmaceuticals, INC, Derivative Litigation, Lead Case No: BOO19077(M), The Chancery Court, Sullivan County at Bristol, Tennessee, Deposition Testimony on April 4, 2008.

➢ P. Ansley et al. v. Lewis Homes of California, a California General Partnership, et al., Superior Court of the State of California, For the County of Solano,  Case No. FCS02445, Deposition Testimony on April 10, 2008.

➢ Personnel Plus v. Ashish Wahi et al., Superior Court of the State of California, County of Orange, Case No. 07CC08363, Deposition Testimony on August 13, 2008.

➢ First Capitol Consulting Inc. v. LVX, Inc. et al., Superior Court of the State of California for the County of Los Angeles, Case No. BC378202, Deposition Testimony on October 27, 2008.

➢ R. Molina et al. v. Lexmark International, Inc., Superior Court of the State of California for the County of Los Angeles, Case No. BC339177, Deposition Testimony on November 19, 2008.

➢ In re National Century Financial Enterprises, Inc. Investment Litigation, No. 2:03-MD-1565-JLG-MRA (S.D.Ohio), Deposition Testimony on January 22, 2009.

➢ New York City Employees' Retirement System, et al. v. Bank One, N.A., et al., Case No. 03-cv-09973 (LAK) (S.D.N.Y.), Deposition Testimony on January 22, 2009.

➢ Dole Fresh Fruit International, Ltd, Hyundai Precision America, Inc., JAMS Arbitration, ADRS Case #05-1138-RTA, Deposition Testimony on December 21, 2009.

➢ D. Berry, L. Hedges et al. v. Volkswagen of America, Inc.,  In The Circuit Court of Jackson County, Missouri, at Independence, No. 0516-CV01171 Division 2, Deposition Testimony on February 18, 2010.

➢ D. Aberle et al. v. Davidson Builders, Inc., et al., Superior Court of the State of California, County of Orange, Case No.: 37-2008-00083718-CU-CD-CTL, Deposition Testimony on March 24, 2010.

➢ Urga, et al. v. Redlands Community Hospital, Superior Court of the State of California, County of San Bernardino, Case No. SCVSS 123769, Deposition Testimony on May 17, 2010.

➢ Oberschlake, et al v. St. Joseph Hospital of Orange, et al, Superior Court of the State of California, County of Orange, Case No. 05CC00301, Deposition Testimony on August 12, 2010.

➢ J. Morrison v. The Vons Companies, Inc., Superior Court of State of California, County of San Diego, Case No. 37-2009-00081026-CU-BT-CTL, Deposition Testimony on December  7, 2010

➢ R. Pate, et al. v. Children's Hospital of Orange County, Superior Court of California, County of Orange, Case No. 05CC00303, Deposition Testimony on April 13, 2011

➢ M. St. Croix, et al. v. Cedar Fair, L.P., et al., Superior Court of California, County of Orange, Case No. 30-2008-0214500, Deposition Testimony on August 22, 2011.

➢ Steven Domalewski, a minor v. Hillerich and Bradsby Co., et al., Superior Court of New Jersey, Passaic County, Docket No.: PAS-L-2119-08, Deposition Testimony on January 5, 2012.

➢ Cathleen McDonough, et al., v. Horizon Blue Cross/Blue Shield of New Jersey, United States District Court, District of New Jersey, Civil Action No. 09-cv-00571-(SRC) (PC), Deposition Testimony on January 10, 2012.

➢ Daniel Ordonez, et al., v. Radio Shack, United States District Court, Central District of California, Case No. CV 10-07060 CAS (JCGx), Deposition Testimony on October 24, 2012.

## 2. Testimony

➢ State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II, Trial Testimony, October 16, 2001.

➢ State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II, Rebuttal Testimony, October 26,2001.

➢ Howard Wright, Inc., a California corporation doing business as AppleOne Employment Services, Plaintiffs, vs. Olsen Staffing Services, Inc., a Delaware Corporation, Dagney Smith, an individual, Vicky Riechers, an individual, and Linda Shiftman, an individual, Defendants, Superior Court of the State of California for the County of Los Angeles, Case No. BC 200657, Trial Testimony, March 4, 2002.

➢ Columbia/HCA Healthcare Corporation - Billing Practices Litigation, United States District Court, Middle District of Tennessee, Nashville Division, Case No. 3-98-MDL-1227 on June 28, 2002.

**EXHIBIT A 023**

➢ Sacred Heart Medical Center, et al., Plaintiffs v. Department of Social and Health Services, and Dennis Braddock, the Secretary of the Department of Social and Health Services, Defendants, Superior Court of the State of Washington in and for the County of Thurston, No. 00-2-01898-1, Testimony in Liability Trial, April 14, 2003.

➢ Diversified Property, a general partnership, Dora Saikhon Family Trust, and Nancy Saikhon Borrelli, an individual, Plaintiffs v. Manufacturers Life Insurance (U.S.A.), a Michigan corporation, erroneously sued as Manufacturers Life Insurance Company, Inc., Defendants in the Superior Court of California, County of San Diego, Case No.: GIC 815128, Trial Testimony on October 25, 2004.

➢ Bridgestone/Firestone North American Tire v. Sompo Japan Ins. Co. of America, United States District Court for the Middle District of Tennessee Nashville Division Civil Action NO. 3-02-1117, March 7, 2005

➢ Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919, Arbitration Testimony on March 23, 2005.

➢ Goldman et al. v. RadioShack Corporation, United States District Court, Eastern District of Pennsylvania, Case No. 03 CV 0032, Testimony in Liability Trial, on June 28, 29, 2005.

➢ Goldman et al. v. RadioShack Corporation, United States District Court, Eastern District of Pennsylvania, Case No. 03 CV 0032, Rebuttal Testimony in Liability Trial, on July 5, 2005.

➢  Mauna Loa Vacation Ownership LLP v. Accelerated Assets, LLP. United States District Court, District of Arizona, Case No. CIV 03-0846 PCT DGC.  Trial Testimony, on February 22, 2006.

➢ School Districts' Alliance v. State of Washington, United States District Court, Eastern District of Thurston, Case No. 04-2-02000-7, Trial Testimony on November 13, 2006.

➢ In the Matter of Premier Medical Group, PC, Appellant – Department of Health and Human Services, Office of Medicare Hearings and Appeals, Southern Field Office, ALJ Appeal No. 1-221579701, Medicare Appeal No. 1-18761858, Provider No. 3706654, AR No. 9406352171039, Judge Zaring Robertson, US Administrative Law Judge, Testimony on April 1, 2008.

➢ Darensburg et al. v. Metropolitan Transportation Commission, U.S. District Court, Northern District of California, Case No. C-05-1597-EDL, Trial Testimony on October 9, 2008.

➢ R. Molina et al. v. Lexmark International, Inc., Superior Court of the State of California for the County of Los Angeles, Case No. BC339177, Trial Testimony on October 22 and 26, 2009.

➢ Dole Fresh Fruit International, Ltd, Hyundai Precision America, Inc., ADRS Case #05-1138-RTA, Trial Testimony on February 19, 2010.

➢ In the matter of University of Tennessee Cancer Institute, ALJ Appeal No. 1-446 575 318, Office of Medicare Hearings & Appeals, Judge Z. Robertson, US Administrative Law Judge, Trial Testimony on April 20, 2010.

➤ Urga, et al. v. Redlands Community Hospital, Superior Court of the State of California, County of San Bernardino, Case No. SCVSS 123769, Trial Testimony on July 20, 2010.

➤ Marine Engineers' Beneficial Association v. Department of Transportation, Ferries Division Federal Mediation & Conciliation Service Cause No. 110105-52404-6 AGO Matter No. 10499471, July 19, 2011.

➤ Richard Robinson v. County of Los Angeles, et, al., United States District Court of California, Central District, Case No. CV06-2409 GAF (VBKx), Trial Testimony on December 1, 2011.

➤ In the matter of American Home Patient, ALJ Hearing, Appeal No. 1-982137828, Office of Medicare Hearings & Appeals,  Miami Office Southern Field Division, Testimony on October 29, 2012.

## PUBLICATIONS

➤ Boedeker, Stefan and Goetz Trenkler (2001) - "A Comparison of the Ridge and Iteration Estimator" - in: <u>Econometric Studies: A Festschrift in Honour of Joachim Frohn</u>  (ed. by Ralph Friedmann, Lothar Knueppel, and Helmut Luetkepohl), New Brunswick


## PROFESSIONAL AND BUSINESS HISTORY

➤ Berkeley Research Group, March 2010 -Present, Director

➤ Resolution Economics, 2008-2010, Partner

➤ Alvarez & Marsal, 2007-2008, Managing Director

➤ LECG LLC, 2005-2007, Director

➤ Navigant Consulting Inc., 2004-2005, Managing Director in Litigation and Investigation Practice

➤ Deloitte & Touche LLP, 2003 - 2004, Leader of the Economic and Statistical Consulting Practice in the West Region

➤ PricewaterhouseCoopers LLP, 2002 – 2003, Leader of the Litigation Consulting Group in Los Angeles, Leader of the Economic and Statistical Consulting Practice in the West Region

➤ Andersen LLP, 1992- 2002 – Partner (since 2000), last position held: Director of Economic and Statistical Consulting practice in the Pacific Region

➤ University of California, San Diego, 1989-1991 – Teaching Assistant, Department of Economics

➤ German Government, 1986-1989 – Economic Research Assistant

# Exhibit 2

EXHIBIT A 026

# EXHIBIT 2

# Stefan Boedeker Expert Work

# 2000 – Present

1. California Portland Cement Company v. Southern California Air Quality Management District,
   - i. Expert Report on December 15, 2000.
   - ii. Hearing Testimony on December 11, 2002.
   - iii. Expert Report on July 14, 2003.

2. Yolanda Aiello Harris,et al. v. CB Richard Ellis, Inc., et al., Superior Court of California, County of San Diego, Case No. GIC 745044.
   - i. Deposition Testimony on January 5, 2001.

3. State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II.
   - i. Deposition Testimony on October 11, 2001.
   - ii. Trial Testimony on October 16, 2001.
   - iii. Trial Testimony on October 26, 2001.

4. Howard Wright, Inc., a California corporation doing business as AppleOne Employment Services, Plaintiffs, vs. Olsen Staffing Services, Inc., a Delaware Corporation, Dagney Smith, an individual, Vicky Riechers, an individual, and Linda Shiftman, an individual, Defendants, Superior Court of the State of California for the County of Los Angeles, Case No. BC 200657.
   - i. Deposition Testimony on December 7, 2001.
   - ii. Trial Testimony on March 4, 2002.

5. Columbia/HCA Healthcare Corporation - Billing Practices Litigation, United States District Court, Middle District of Tennessee, Nashville Division, Case No. 3-98-MDL-1227.
   - i. Expert Report on April 19, 2002.
   - ii. Expert Report on June 28, 2002.
   - iii. Expert Declaration on August 20, 2002.

6. Arizona Department of Agriculture, Proposed Rule R3-2-206, Economic, Small Business, and Consumer Impact Statement
   - i. Expert Rebuttal Report on June 10, 2002.
   - ii. Hearing Testimony on June 24, 2002.

7.  United States ex. rel. Baylor, et al. v. Kerlan Jobe Orthopedic Clinic, Case No. CV 98-10489CBM (CWx) (Under Seal).

    i.   Expert Report on June 6, 2002.

8.  Stephen Slesinger, Inc v. The Walt Disney Company, Court of Appeal, Second District, Division 2, California, Case No. B178340.
    i.   Expert Declaration on June 26, 2002.

9.  Julie Crefeld and Susan Blanton v. Park West Apartments et al., Superior Court of the State of California for the County of Orange, Case No. 01CC07323.
    i.   Expert Declaration on August 7, 2002.

10. Cellular Phone Wholesalers, Inc., dba Wireless World v. H. G. Brix Company, Superior Court of the State of California, County of Santa Clara, Case No. CV 789684.
    i.   Expert Declaration on August 29, 2002.

11. Sacred Heart Medical Center, et al., Plaintiffs, -vs- Department of Social and Health Services, and Dennis Braddock, the Secretary of the Department of Social and Health Services, Defendants, Superior Court of the State of Washington in and for the County of Thurston, No. 00-2-01898-1.
    i.    Expert Report on October 8, 2002.
    ii.   Deposition Testimony on January 23, 2003.
    iii.  Expert Declaration on April 8, 2003.
    iv.   Trial Testimony on April 14, 2003.

12. State Controller's Audit of San Ignacio Medical Group.
    i.    Expert Report on September 9, 2003.

13. Patrick Bjorkquist et al. v. Farmers Insurance Company of Washington, in the Superior Court of the State of Washington for King County, Case No.: 02-2-11684-1 SEA.
    i.    Expert Report on September 26, 2003.
    ii.   Deposition Testimony, November 3, 2003.
    iii.  Expert Declaration, June 6, 2004.
    iv.   Expert Declaration, July 6, 2004.

14. Diversified Property, a general partnership, et al. v. Manufacturers Life Insurance (U.S.A.), a Michigan corporation, erroneously sued as Manufacturers Life Insurance Company, Inc., Superior Court of California, County of San Diego, Case No.: GIC 815128.
    i.    Expert Report on May 17, 2004.
    ii.   Deposition Testimony on July 21, 2004.
    iii.  Trial Testimony on October 25, 2004.

**EXHIBIT A 028**

15. Gold Seal Termite and Pest Control Company et al. v. PrimeTV, LLC, andDirecTV, Inc., State of Indiana, County of Marion, In the Marion Superior Court, Cause No. 49D10–0304–CP–0702.
    i.   Expert Report on May 14, 2004.
    ii.  Expert Declaration on July 29, 2004.

16. Pierce County et al. v. State of Washington et al., Superior Court of Thurston County, Case No. 03-2-00918-8
    i.   Expert Declaration on May 25, 2004.
    ii.  Expert Report on October 1, 2004.

17. Alan Powers, Plaintiff, vs. Laramar Group et al., Defendants in the United States District Court, Northern District of California, No. C-02-3755 SBA.
    i.   Expert Report on June 24, 2004.
    ii.  Deposition Testimony on August 27, 2004.

18. MicroVoice Applications Inc. v. AT&T Corporation,
    i.   Expert Report on October 25, 2004.

19. Carletha Lamons et al. v. Target Corporation, United States District Court, Southern District of New York, Case No. CV 04-0260.
    i.   Expert Report on April 14, 2004.

20. Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919.
    i.   Expert Report on September 2, 2004.
    ii.  Supplemental Report on
    iii. Deposition Testimony on February 9, 2005.
    iv.  Deposition Testimony in March 11, 2005.
    v.   Arbitration Testimony on March 23, 2005.

21. Bridgestone/Firestone North American Tire v. Sompo Japan Ins. Co. of America, United States District Court for the Middle District of Tennessee Nashville Division Civil Action NO. 3-02-1117.
    i.   Expert Report on March 7, 2005

22. Fujitsu v. Cirrus Logic et al., United States District Court, Northern District of California, San Jose Division, Case No. 02CV01627.
    i.   Deposition Testimony on April 21 and 22, 2005.

23. In re. Oracle Corporation Securities Litigation, United States District Court, Northern District of California, Master File No. C-01-0988-MJJ.
    i.   Expert Declaration on July 27, 2005.

**EXHIBIT A 029**

24. Zhiyu Zheng et al. v. Siebel Systems, Inc., Superior Court of the State of California, County of San Mateo, Case No.: CIV435601.
     i.   Expert Declaration on May 13, 2005.

25. Goldman et al. v. RadioShack Corporation, United States District Court, Eastern District of Pennsylvania, Case No. 03 CV 0032.
     i.   Expert Report on
     ii.   Deposition Testimony on May 18, 2005.
     iii.   Testimony in Liability Trial, on June 28, 29, 2005.
     iv.   Rebuttal Testimony in Liability Trial, on July 5, 2005.

26. Madely et al. v. RadioShack Corporation, Milwaukee County Circuit Court, Case 02-CV-011800.
     i.   Expert Report on September 13, 2005.

27. Morry Brookler et al. v. RadioShack Corporation et al., Superior Court of the State of California, County of Los Angeles, Case No. BC 313383.
     i.   Expert Declaration on December 27, 2005.
     ii.   Expert Declaration on March 24, 2008.

28. Ben Davis et al. v. State of Washington, Department of Transportation, Superior Court of Washington for Pierce County, Case No. 04-2-10585-0.
     i.   Expert Declaration December 9, 2005.

29. Perez et al. v. RadioShack Corporation, United States District Court, Northern District of Illinois, Eastern Division, Case No. 02-CV-7884.
     i.   Expert Report on August 30, 2005.
     ii.   Supplemental Expert Report on October 25, 2005.
     iii.   Deposition Testimony on December 13, 2005.

30. Mauna Loa Vacation Ownership LLP v. Accelerated Assets, LLP. United States District Court, District of Arizona, Case No. CIV 03-0846 PCT DGC.
     i.   Expert Report on March 4, 2005.
     ii.   Supplemental Expert Report on June 8, 2005.
     iii.   Trial Testimony, on February 22, 2006.

31. United States of America ex rel. A. Scott Pogue v. American Healthcorp Inc., Diabetes Treatment Centers of America Inc., et al., United States District Court, Middle District of Tennessee at Nashville, Civil No. 3-94-0515.
     i.   Expert Report on
     ii.   Deposition Testimony on May 12, 2006.

32. Rudy Lloredo, et al. v. RadioShack Corporation, United States District Court, For the Southern District of Florida, Case No.
     i.   Expert Report on March 3, 2006.

**EXHIBIT A 030**

ii.     Expert Rebuttal Report on May 1, 2006.

33. Kishan Chand, Eric Farley et al. v. Target Corporation et al., Superior Court of California,
    County of Los Angeles, Case No. BC 315688.
    i.      Expert Declaration on March 7, 2006.

34. Patrick Nellis and Lydia Nellis et al. v. Farmers Insurance Company of Arizona et al., Second
    Judicial District Court of New Mexico for the County of Bernalillo, Case No.: CV 2000302564.
    i.      Expert Declaration on April 3, 2006.

35. School Districts' Alliance v. State of Washington, United States District Court, Eastern District of
    Thurston, Case No. 04-2-02000-7.
    i.      Expert Report on May 1, 2006.
    ii.     Deposition Testimony on July 20, 2006.
    iii.    Trial Testimony on November 13, 2006.

36. Boca Raton Community Hospital, Inc., a Florida not-for-profit corporation d/b/a Boca Raton
    Community Hospital, on behalf of itself and on behalf of Class of all others similarly situated v.
    Tenet Healthcare Corp., a Nevada Corporation, United States District Court,  Southern District
    of Florida, Miami Division, Case No. 05-80183-CIV-SEITZ/MCALILEY.
    i.      Expert Declaration on May 31, 2006.
    ii.     Expert Report on July 14, 2006.
    iii.    Deposition Testimony on July 25, 2006.
    iv.     Expert Declaration on September 18, 2006.
    v.      Deposition Testimony on October 13, 2006.

37. Nicole Nellis et al. v. Mid-Century Insurance Company, 2007-NMCA-090, Docket No. 26,530.
    i.      Expert Declaration on August 11, 2006.

38. Thomas Troyk et al. v. Farmers Group, Inc., et al., Superior Court of the State of California,
    County of San Diego, Case No. GIC 836844.
    i.      Expert Report on August 18, 2006.

39. Louise Ogborn v. McDonald's Corporation et al., Commonwealth of Kentucky 55th Judicial
    District, Bullitt County Circuit Court, Case No. 04-CI-00769.
    i.      Deposition Testimony on October 19, 2006.

40. Deven Adams et al. v. Pacific Maritime Association et al., Superior Court of the State of
    California, County of Los Angeles, Case No. BC 344956.
    i.      Expert Declaration on October 9, 2006.

41. Dennis Johnson and Arnold Rosenfeld et al., v. Gruma Corporation,a Nevada corporation dba
    Mission Foods Corporation et al., JAMS Arbitration, Arbitration No. 1220026252.
    i.      Expert Declaration on January 26, 2007.

**EXHIBIT A 031**

42. Norman Utley, et al., v. MCI, Inc., MCI Worldcom Communications, Inc., and MCI Network
Services, Inc., formerly known as MCI Worldcom Network Services, Inc., United States District
Court, Northern District of Texas, Dallas Division, Civil Action No. 3:05 - CV- 0046 – K.
    i.    Expert Report on March 12, 2007.
    ii.    Amended Expert Report on May 14, 2007.
    iii.    Deposition Testimony on May 30, 2007.
    iv.    Supplemental Expert Report on October 29, 2007.

43. The People of the State of California ex rel. Rocky Delgadillo, Los Angeles City Attorney v. 111
Zuma Corporation et al., Superior Court of the State of California for the County of Los Angeles,
Case No. BC 349390.
    i.    Expert Declaration on

44. Elise Davis et al. v. Kohl's Department Stores, Inc.., Superior Court of the State of California for
the County of Los Angeles Central District, Case No. BC 327426.
    i.    Deposition Testimony on April 25, 2007.

45. Rosie Grindstaff et al. v. Kohl's Department Stores, Inc., Superior Court of the State of California
for County of Los Angeles, Case No. BC 341954.
    i.    Deposition Testimony on April 25, 2007.

46. Ellen Leznik v. Nektar Therapeutics, Inc., et al., United States Department of Labor, Office of
Administrative Law Judges, 2006-SOX-0093.
    i.    Expert Report on April 30, 2007.

47. James Stevens et al. v. Safeway, Inc., et al., United States District Court, Central District of
California, Case No. CV05-1988 MMM (Mcx).
    i.    Expert Rebuttal Report on May 10, 2007.

48. Victor Uzitas v. Kashi Company, a California Corporation, Kellogg Company, a Delaware
Corporation, et al., Superior Court of California, San Diego County, Case No. GIC 873313.
    i.    Expert Report on July 6, 2007.

49. Aware Daud, Khadija Jama, Abdiaziz Ali Abdi, Sahra Farah, Anab Ibrahim, Fowsiya Gelle, Kiin
Farah, Lul Esse Hersi, and Kasha Anna Sobnia et al., v. Gold'n Plump Poultry, Inc. and The
Work Connection, Inc., United States District Court, District of Minnesota, Case No. 0:006-cv-
04013-DSD-JJG.
    i.    Expert Declaration on July 20, 2007.

50. Ramon Moreno and Ernesto Morailo, on behalf of themselves and all others similarly situated v.
Guerrero Mexican Food Products Inc., a division of Gruma Corporation; and Gruma
Corporation, a Nevada Corporation, United States District Court, Central District of California,
Case No. CV05-773RSWL(PLAx),
    i.    Expert Report on July 27, 2007.

**EXHIBIT A 032**

      ii.      Deposition Testimony on August 10, 2007.

51. Blackrock and Nuveen vs. Tyco International, Ltd., L. Dennis Kozlowski, Mark H. Swartz, Mark A. Belnick, Frank E. Walsh, Jr., Micheal Ashcroft, and PriceWaterhouse Coopers LLP, United States District Court, District of New Hampshire, Case.
      i.      Expert Declaration on October 17, 2007.

52. Rand Corporation v.  Control Air Conditioning
      i.      Expert Declaration on

53. In Re: Tyco International, Ltd., Securities Litigation, MDL Docket No 02-1335-B.
      i.      Expert Report on November 29, 2007.

54. Darensburg et al. v. Metropolitan Transportation Commission, U.S. District Court, Northern District of California, Case No. C-05-1597-EDL,
      i.      Expert Report on February 1, 2008.
      ii.      Expert Rebuttal Report on February 25, 2008.
      iii.      Deposition Testimony on March 18, 2008.
      iv.      Expert Declaration on April 18, 2008.
      v.      Trial Testimony on October 9, 2008.

55. In Re: King Pharmaceuticals, INC, Derivative Litigation, Lead Case No: BOO19077(M), The Chancery Court, Sullivan County at Bristol, Tennessee.
      i.      Export Report on November 14, 2007.
      ii.      Export Rebuttal Report on February 28, 2008.
      iii.      Deposition Testimony on April 4, 2008.

56. P. Ansley et al. v. Lewis Homes of California, a California General Partnership, et al., Superior Court of the State of California, For the County of Solano, Case No. FCS02445.
      i.      Deposition Testimony on April 10, 2008.

57. In the Matter of Premier Medical Group, PC, Appellant – Department of Health and Human Services, Office of Medicare Hearings and Appeals, Southern Field Office, ALJ Appeal No. 1-221579701, Medicare Appeal No. 1-18761858, Provider No. 3706654, AR No. 9406352171039, Judge Zaring Robertson, US Administrative Law Judge.
      i.      Expert Report on February 15, 2008.
      ii.      Hearing Testimony on April 1, 2008.

58. Elizabeth Clavenstine v. Westfield of America, Inc., Superior Court of the State of California, County of San Diego, Case No. 2008-82503-CU.
      i.      Expert Declaration on 2008.

59. Personnel Plus v. Ashish Wahi et al., Superior Court of the State of California, County of Orange, Case No. 07CC08363.

**EXHIBIT A 033**

    i.     Deposition Testimony on August 13, 2008.

60. First Capitol Consulting Inc. v. LVX, Inc. et al., Superior Court of the State of California for the County of Los Angeles, Case No. BC378202.
    i.     Deposition Testimony on October 27, 2008.

61. R. Molina et al. v. Lexmark International, Inc., Superior Court of the State of California for the County of Los Angeles, Case No. BC339177.
    i.     Deposition Testimony on November 19, 2008.
    ii.    Trial Testimony on October 26 and 29, 2009.

62. In re National Century Financial Enterprises, Inc. Investment Litigation, No. 2:03-MD-1565-JLG-MRA (S.D.Ohio).
    i.     Deposition Testimony on January 22, 2009.

63.  New York City Employees' Retirement System, et al. v. Bank One, N.A., et al., Case No. 03-cv-09973 (LAK) (S.D.N.Y.).
    i.     Deposition Testimony on January 22, 2009.

64. The Disney Store Employment Litigation, Jay Fong et al. v. Hoop Retail Store LLC dba The Disney Stores, Superior Court of the State of California for the County of Los Angeles, Case No. BC 355121.
    i.     Expert Declaration on March 16, 2009.

65. Brenda Flores v. County of Imperial et al., United States District Court, Southern District of California, Case No. 08-CV-1881-W-CAB.
    i.     Expert Report on May 14, 2009.

66. Hilda Solis, Secretary of Labor, United States Department of Labor v. State of Washington, Department of Corrections currently pending in the United States District Court, Western District of Washington, Cause No. 3:08-cv-05362-RJB
    i.     Expert Report on November 30, 2009.

67. Hilda Solis, Secretary of Labor, United States Department of Labor v. State of Washington, Department of Social and Health Services, United States District Court, Western District of Washington at Tacoma, Cause No. 3:08-cv-05479-BHS.
    i.     Expert Report on November 30, 2009.
    ii.    Expert Rebuttal Report on December 29, 2009.

68. Dole Fresh Fruit International, Ltd, Hyundai Precision America, Inc., JAMS Arbitration, ADRS Case #05-1138-RTA.
    i.     Expert Declaration on December 7, 2009.
    ii.    Deposition Testimony on December 21, 2009.
    iii.   Arbitration Testimony on February 19, 2010.

**EXHIBIT A 034**

69. D. Berry, L. Hedges et al. v. Volkswagen of America, Inc.,  In The Circuit Court of Jackson County, Missouri, at Independence, No. 0516-CV01171 Division 2.
    i.    Deposition Testimony on February 18, 2010.

70. D. Aberle et al. v. Davidson Builders, Inc., et al., Superior Court of the State of California, County of Orange, Case No.: 37-2008-00083718-CU-CD-CTL.
    i.    Deposition Testimony on March 24, 2010.

71. In the matter of University of Tennessee Cancer Institute, ALJ Appeal No. 1-446 575 318, Office of Medicare Hearings & Appeals, Judge Z. Robertson, US Administrative Law Judge.
    i.    Expert Report on March 25, 2010.
    ii.    Hearing Testimony on April 20, 2010.

72. Urga, et al. v. Redlands Community Hospital, Superior Court of the State of California, County of San Bernardino, Case No. SCVSS 123769.
    i.    Deposition Testimony on May 17, 2010.
    ii.    Trial Testimony on July 20, 2010.

73. Oberschlake, et al v. St. Joseph Hospital of Orange, et al, Superior Court of the State of California, County of Orange, Case No. 05CC00301.
    i.    Expert Declaration on August 6, 2010.
    ii.    Deposition Testimony on August 12, 2010.

74. J. Morrison v. The Vons Companies, Inc., Superior Court of State of California, County of San Diego, Case No. 37-2009-00081026-CU-BT-CTL.
    i.    Expert Declaration on November 11, 2010.
    ii.    Deposition Testimony on December  7, 2010.

75. Masoumeh Hadjavi et al v. CVS Pharmacy Inc et al,, United States District Court of California, Central District, Case No. 2:10-cv-04886.
    i.    Expert Declaration on January 24, 2011.

76. Carmen Marroquin et al. v. Swissport North America, Inc., et al., Superior Court of California, County of Los Angeles, Case No. BC390001.
    i.    Expert Declaration on February 9, 2011.

77. Julee Loftus et al. v. Ferguson Enterprises, Inc. et al., Superior Court of California, County of Los Angeles, Case No. BC 403691.
    i.    Expert Declaration on February 22, 2011.

78. Peter Friesen v. City of Inglewood, a municipal corporation, et al., United States District Court of California, Central District Los Angeles, Case No. CV 09-02195.
    i.    Expert Report on March 9, 2011.

**EXHIBIT A 035**

79. R. Pate, et al. v. Children's Hospital of Orange County, Superior Court of California, County of Orange, Case No. 05CC00303,
    i.    Deposition Testimony on April 13, 2011.

80. 640 South Main Street Partners, LLC and HASC Properties (Cecil) LLC v. City of Los Angeles. United States District Court, Central District of California, Case No.: CV08-03611 DDP (AGRx).
    i.    Expert Report on May 15, 2011.

81. Marine Engineers' Beneficial Association v. Department of Transportation, Ferries Division Federal Mediation & Conciliation Service Cause No. 110105-52404-6 AGO Matter No. 10499471,
    i.    Hearing Testimony on July 19, 2011.

82. Douglas L. Moore et al., v. Healthcare Authority, State of Washington, State of Washington, King County Superior Court, Case No. 06-2-21115-4 SEA.
    i.    Expert Declaration on August 16, 2011.

83. M. St. Croix, et al. v. Cedar Fair, L.P.,. et al., Superior Court of California, County of Orange, Case No. 30-2008-0214500.
    i.    Deposition Testimony on August 22, 2011.
    ii.    Expert Report on September 28, 2011.

84. Richard Robinson v. County of Los Angeles, et, al., United States District Court, Central District of California, Case No. CV06-2409 GAF (VBKx)
    i.    Expert Report on August 22, 2011.
    ii.    Supplemental Export Report on October 14, 2011.
    iii.    Trial Testimony on December 1, 2011.

85. Rehan Nazir v. City of Torrance et al, Superior Court of California, County of Los Angeles, Case No. BC472979.
    i.    Expert Report on August 27, 2011.

86. Steven Domalewski, a minor v. Hillerich and Bradsby Co., et al., Superior Court of New Jersey, Passaic County, Docket No.: PAS-L-2119-08.
    i.    Expert Report on September 29, 2011.
    ii.    Deposition Testimony on January 5, 2012.

87. Danyell Murphy et al. v. Target Corporation, United States District Court, Southern District of California, Case No. 09cv1436 BEN(WMC).
    i.    Expert Report on November 21, 2011.

88. Cathleen McDonough, et al., v. Horizon Blue Cross/Blue Shield of New Jersey, United States District Court, District of New Jersey, Civil Action No. 09-cv-00571-(SRC) (PC).
    i.    Expert Report on December 1, 2011.
    ii.    Deposition Testimony on January 10, 2012.

  iii.  Supplemental Expert Report on July 6, 2012.

89. In the matter of American Home Patient, ALJ Hearing, Appeal No. 1-982137828, Office of Medicare Hearings & Appeals,  Miami Office Southern Field Division
  i.  Expert Report on March 28, 2012.
  ii.  Hearing Testimony on October 29, 2012.

90. In the matter of American Home Patient, ALJ Hearing, Appeal No. 1-924297238, Office of Medicare Hearings & Appeals,  Irvine Office Western Field Division
  i.  Expert Report on March 28, 2012.
  ii.  Hearing Testimony on February 28, 2013.

91. Nasir Uddin et al., v. RadioShack Corporation et al., United States District Court, Central District of California – Western Division, Case No. SACV 11-00398 CAS (JCGx).
  i.  Expert Declaration on June 6, 2012.

92. Brandon Beal et al., v. Lifetouch, Inc., et al., Unites States District Court, Central District of California, Case No. CV 10-8454-JST.
  i.  Expert Declaration on June 20, 2012.

93. Daniel Ordonez, et al., v. Radio Shack, United States District Court, Central District of California, Case No. CV 10-07060 CAS (JCGx),
  i.  Expert Declaration on September 20, 2012.
  ii.  Deposition Testimony on October 24, 2012.

94. In re: Pennsylvania Department of Public Welfare, Department of Health and Human Services, Departmental Appeals Board, Dockets A-10-100, A-10-101, A-10-102, A-10-103, A-11-95.
  i.  Expert Declaration on October 23, 2012.

95. Gina Balasanyan et al. v. Nordstrom, Inc., United States District Court, Southern District of California, Master Case No. 10cv2671 JM (WMc), formerly Case No. 3:11-cv-02609.
  i.  Expert Report on January 17, 2013.

96. Gino Maraventano et al. v. Nordstrom, Inc., United States District Court, Southern District of California, Master Case No. 10cv2671 JM (WMc).
  i.  Expert Report on January 17, 2013.

97. TaylorMade Golf Company Challenge to Callaway Golf Company's Final Response, National Advertising Division, New York.
  i.  Expert Declaration on February 1, 2013.
  ii.  Hearing Testimony on March 13, 2013.

98. Nathaniel Werner et al. v. Crown Equipment Corporation et al., Superior Court of California, County of Los Angeles, Central District, Case No. BC 439 428.

     i.     Expert Declaration on April 24, 2013.

99. Edith Roman, Barbara Silvestre et al. v. Antelope Valley Newspaper, Superior Court of California, County of Los Angeles, Case No. BC382639.
     i.     Expert Declaration May 1, 2013.

100. Andrea Ware et al. v. Soho House, West Hollywood LLC., Cecconi's West Hollywood et al., Superior Court of California, County of Los Angeles, Case No. BC 496246.
     i.     Expert Declaration on June 1, 2013.

101. Melvin Banks et al., v. RadioShack Corporation, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2: 13-685.
     i.     Expert Declaration on July 12, 2013.

102. United States of America ex rel. Robert N. Young et al. v. King Pharmaceutical, Inc., et al., United States District Court, Eastern District of Pennsylvania, Civil Action No.: 02-2704-JCJ.
     i.     Expert Report on July 15, 2013.
     ii.    Supplemental Expert Report on September 9, 2013.

103. Ameritox, Ltd., v. Millennium Laboratories, Inc., United States District Court, Middle District of Florida, Case No. 8:11-cv-00775-SCB-TBM.
     i.     Expert Report on December 6, 2013.
     ii.    Deposition Testimony on December 20, 2013.

104. Grayling Taylor and Bruce Brown et al. v. Shippers Transport Express, Inc., et al., United States District Court, Central District of California, Case No.: CV13-02092-BRO (PLAx).
     i.     Declaration on November 7. 2013.
     ii.    Expert Report on August 15, 2014.
     iii.   Expert Rebuttal Report on September 12, 2014.
     iv.   Deposition Testimony on October 24, 2014.

105. United States of America, ex rel. Glenda Martin v. Life Care Centers of America, Inc., United States District Court Eastern District of Tennessee at Chattanooga, Civ. Action No. 1:08-CV-251.
     i.     Expert Report on November 14, 2013.
     ii.    Deposition Testimony on January 15, 2014.
     iii.   Trial Testimony on May 13 and 14, 2014.

106. United States of America, ex rel. Tammie Taylor v. Life Care Centers of America, Inc., United States District Court Eastern District of Tennessee at Chattanooga, Civ. Action No. 1:12-CV-64.
     i.     Expert Report on November 14, 2013.
     ii.    Deposition Testimony on January 15, 2014.
     iii.   Trial Testimony on May 13 and 14, 2014.

107. Everardo Carillo et al.,v. Schneider Logistics Transloading and Distribution, Inc., Premier Warehousing Ventures, LLC., Rogers Premier Unloading Services, LLC, Impact Logistics, Inc., Walmart Stores, Inc., et al. United States District Court, Central District of California, Eastern Division, Case No. CV 11-8557 CAS (DTBx).
    i.    Expert Report on January 10, 2014.
    ii.    Expert Rebuttal Report on February 7, 2014.
    iii.    Expert Declaration on April 4, 2014.

108. Tenet Healthcare Corporation v. Aetna Health Management, LLC, American Arbitration Association, Case No. 71 187 Y 00458 12.
    i.    Expert Report on February 20, 2014.
    ii.    Expert Declaration on October 17, 2014.

109. United States of America v. Houshang Pavehzadeh, United States District Court for the Central District of California, Case No. 0973 2:13CR00320.
    i.    Declaration on February 11, 2014.
    ii.    Expert Report on May 2, 2014.
    iii.    Trial Testimony on May 19, 2014.

110. Jemar Thompson et al. v. C&H Sugar Company, Inc., et al., United States District Court, Northern District of California, CaseNo. 12-CV-00391 NC.
    i.    Expert Report on April 24, 2014.

111. Darren Smith, et al., v. Panera Bread Company, Superior Court of California, County of San Diego, Case No. 37-201-00084077 CU-BT-CTL.
    i.    Deposition Testimony on April 30, 2014.
    ii.    Declaration on June 1, 2014.

112. Joseph Hummel et al., v. Castle Principles, LLC et al., Superior Court of California, County of Santa Clara, Case No. 112CV223170.
    i.    Deposition Testimony on June 19, 2014.

113. Oracle Wage and Hour Cases, Raghunandam Matam et al., v. Oracle Corporation, Superior Court of California, County of Alameda, No. RG-09480164.
    i.    Declaration on July 23, 2014.
    ii.    Deposition Testimony on October 21, 2014.

114. Karen Taylor, Paulisa Fields, et al. v. West Marine Products, Inc., United States District Court, Northern District of California, Case No. C 13-04916 WHA.
    i.    Expert Declaration on July, 23, 2014.

115. Thomas Perez, Secretary of Labor, United States Department of Labor v. Shippers Transport Express, Inc., United States District Court, Central District of California Case No. 13-CV-4255 BRO PLA.

**EXHIBIT A 039**

   i.  Expert Report on August 15, 2014.

116. Ruhrpumpen Inc., v. Flowserve Corporation, The United States District Court, Northern District of Texas, Dallas Division, Civil Action No.: 3: 10-CV-02337-K.
   i.  Expert Report on August 29, 2014.

117. Sherman Way Oil, Inc. (Bijan Pouldar), American Pacific Enterprises Group (Sherwin Louie), Bahman Kohanteb, Hamid Kalhor , Claimants, Vs. Circle K Stores, Inc., Respondent, Alternative Dispute Resolution Case No's 13-7103-DSC through 13-7106-DSC.
   i.  Deposition Testimony on September 25, 2014.
   ii.  Arbitration Testimony on October 10, 2014.

118. In re: ExxonMobil Oil Corporation, et al., Southern California Bulk Sale Litigation, Case No. CV12-04689-PA (VBKx).
   i.  Deposition Testimony on September 25, 2014.

119. Cardpayment Solutions, LLC et al. v. Prudential Payment Systems, Inc., et al., Superior Court of California, County of Los Angeles, Case No. BC 509053.
   i.  Expert Declaration on October 14, 2014.

# Litigation/Investigation Consulting Work

1. Reynolds et al. v. Alabama Department of Transportation, United States District Court, Middle District of Alabama, Case No. 2:85-cv-00665.
   i.  Retained from 1996 – 2001.
   ii.  Statistical analysis of employment records.

2. Elouise Cobell et al. v. Gale Norton, Secretary of the Interior et al., United States District Court, District of Columbia, Case No. CIV A 96-1285 (RCL).(Later: Cobell et al. v. Babbitt et al.).
   i.  Retained in 1996 until 2002.
   ii.  Statistical Sampling.

3. Columbia/HCA DOJ Fraud Investigation
   i.  Retained in 1997 until 2002.
   ii.  Statistical sampling.

4. Ensley et al. v. Hollywood Video et al., United States District Court, Eastern District of California, Case No.
   i.  Retained in 2002.

EXHIBIT A 040

     ii.     Statistical analysis of time keeping and payroll data.
     iii.    Observational study of store employees.

5.  Desert Mountain Properties
     i.     Retained in 2002.
     ii.    Hedonic regression models to assess changes in housing prices.

6.  Macy's Wage and Hour Compliance Study
     i.     Retained in 2002.
     ii.    Statistical analysis of time keeping and payroll data.
     iii.    Observational study of store employees.
     iv.    Survey design, implementation, and analysis

7.  Tenet Healthcare – DOJ Fraud Investigation.
     i.     Retained in 2002.
     ii.    Statistical sampling.

8.  Anthony Uzoh et al. v. Mattress Discounter, Inc., Superior Court of California, County of Sacramento, Case No. 01AS07020.
     i.     Retained in 2003.
     ii.    Statistical analysis of timekeeping and payroll records.

Riggs Park Property Value Diminution Claims
     iii.    Retained in 2003.
     iv.    Statistical analysis of housing price data.

9.  Kelly Marie Kemp et al. v. Progressive Corp., United States District Court, Eastern District of Louisiana, Case No. 01-CV-2680.
     i.     Retained in 2003.
     ii.    Statistical analysis of timekeeping and payroll records.

10.  Health South Accounting Scandal.
     i.     Retained in 2003.
     ii.    Statistical sampling.

11.  Merissa Everett et al. v. Borders Group, Inc., Superior Court of California, County and City of San Francisco, Case No. 00-311356.
     i.     Retained in 2003.
     ii.    Statistical analysis of timekeeping and payroll records.

12.  John Gutierrez et al. v. State Farm Mutual Automobile Insurance Company, Superior Court of California, County of Los Angeles, Case No. BC 236552.
     i.     Retained in 2003.
     ii.    Statistical analysis of timekeeping and payroll records.

13. Moraghan v. Seminis Vegetable Seeds, Inc.
    i.   Retained in 2003.
    ii.  Statistical analysis of employment records in alleged wrongful termination and age discrimination case.

14. K. Scott et al. v. Home Depot, Inc., Superior Court of California, County of Orange, Case No. 02CC0230.
    i.   Retained in 2003.
    ii.  Observational study.

15. Thomas Sollie et al. v. Home Depot, Inc., Superior Court of California, County of San Diego, Case No. GIC771589.
    i.   Retained in 2003.
    ii.  Statistical analysis of timekeeping and payroll records.

16. In re. Impath, Inc., et al., United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 03-16113 (PCB).
    i.   Retained in 2004.
    ii.  Statistical analysis of stock price data.

17. Melissa Mitchell et al. v. Abercrombie & Fitch, United States District Court, Southern District of Ohio, Case No. 1:03cv00430.
    i.   Retained in 2004.
    ii.  Statistical analysis of timekeeping and payroll records.

18. Coldiron et al. v. Pizza Hut, Inc., United States District Court, Central District of California, Case No. 03-CVC-05865.
    i.   Retained in 2004
    ii.  Statistical analysis of timekeeping and payroll records.

19. Shirley Ellis et al, v. Costco Wholesale Corporation, United States District Court, Northern District of California, Case No. C04-3341-MHP.
    i.   Retained in 2004.
    ii.  Statistical analysis of employment records.

20. B. Sefton and J. Sefton et al. v. Hartford Fire Insurance Company et al., Superior Court of the State of California, County of Santa Clara, Civil Case No.: 1-00-CV-793973.
    i.   Retained in 2004.
    ii.  Statistical analysis of insurance claims.

21. Frank Betz Associates, Inc., v. D.R. Horton, Inc., Torrey dba Torrey Homes, United States District Court, Northern District of Georgia, Atlanta Division, Case No.1:03-CV-o2005-ODE.
    i.   Retained in 2004.

     ii.     Statistical analysis of alleged copyright infringement.

22.  Scott Williams et al. v. Costco Wholesale Corporation, United States District Court, Southern District of California, Case No. 3:02cv2003.
     i.     Retained in 2004.
     ii.     Statistical analysis of timekeeping and payroll records.

23.  Jaime Kirschenbaum vs. Electronic Arts, Superior Court of California, County of San Mateo.
     i.     Retained in 2004.
     ii.     Statistical analysis of timekeeping and payroll records.

24.  Paul Veliz et al. v. Cintas Corporation, United States District Court, Northern District of California, Case No. 4:03cv01180.
     i.     Retained in 2004.
     ii.     Statistical analysis of timekeeping and payroll records.

25.  Pacific Sound Resource, Port of Seattle v. Burlington Northern Santa Fe Railway Corp., J. M. Coleman Co., Pacific Creosoting Co., J. H. Baxter & Co., J. H. Baxter & Co., INC, The State of Washington, The Washington State Department of Natural Resources.
     i.     Retained in 2004.
     ii.     Statistical sampling.

26.  Fred Gianetto et al. v. Computer Science Corporation, United States District Court, Central District of California, Case No. CV-03-8201 TJH (Ex).
     i.     Retained in 2005.
     ii.     Statistical analysis of timekeeping and payroll records.

27.  Joseph Dumas, Sr., et al. v. Provena Health et al., United States District Court, Northern District of Illinois, Eastern Division.
     i.     Retained in 2005.
     ii.     Statistical analysis in class certification stage.

28.  In re. Tenet Healthcare Corporation Corporate Derivative Litigation, United States District Court, Central District of California, Western Division, Case No. CV-03-11 RSWL (RZx).
     i.     Retained in 2005.
     ii.     Statistical analysis of stock price data; event study.

29.  James Corrn et al. v. United Parcel Service, Inc., In the United States District Court, Northern District of California, Case No. C03-2001 TEH.
     i.     Retained in 2005
     ii.     Statistical analysis of timekeeping and payroll records.

30.  Ben Davis et al. v. State of Washington, Department of Transportation, Superior Court of Washington for Pierce County, Case No. 04-2-10585-0.

**EXHIBIT A 043**

      i.     Retained in 2005.
     ii.     Observational study of ferry crew watch change.

31.  R. Dupliesse et al. v. Zales Corporation et al., United States District Court, Northern District of Texas, Dallas Division, Case No. 304 CV 2361M.
      i.     Retained in 2006.
     ii.     Statistical analysis of employment records records.

Eldorado Stone LLC et al. v. Renaissance Stone, Inc., et al., United States District Court for the Southern District of California, Case No. 04 CV 2562 JM.
    iii.     Retained in 2007.
    iv.     Statistical analysis of expert reports.

32.  Franklin Castillo et al. v. Pizza Hut, Inc.., et al., Superior Court of California, County of Los Angeles, Case No. BC318765.
      i.     Retained in 2007.
     ii.     Statistical analysis of timekeeping and payroll records.
    iii.     Observational study of delivery drivers.

33.  In Re. Brooks Automation, Inc., Securities Litigation, United States District Court, District of Massachusetts, Civil Action No. 06-11068-RWZ.
      i.     Retained in 2007.
     ii.     Statistical Analysis of Stock Option Data.

34.  Arturo Alvarado et al. v. Victoria Place, LLC et al., Superior Court of California, Imperial County, Case No. ECU03012.
      i.     Retained in 2007.
     ii.     Statistical analysis in product liability case.

35.  In Re. Broadcom Corp. Derivative Litigation, United States District Court, Central District of California, Master File No. CV-06-3252 R (CWX).
      i.     Retained in 2007.
     ii.     Statistical analysis of Stock Option Data.

36.  Thomas G. Ong et al. v. Sears Roebuck & Co., Sears Roebuck Acceptance Corp et al., United States District Court, Northern District of Illinois, Eastern Division, Case No. 03 C 04142.
      i.     Retained in 2007.
     ii.     Statistical analysis of Stock Price Data.

37.  Securities and Exchange Commission v. Integrated Silicon Solution, Inc. and Gary L. Fischer, Case No. C 07-3945 HRL.
      i.     Retained in 2007.
     ii.     Statistical analysis of Stock Option Data.

38. S. Kamar et al. v. RadioShack Corporation, United States District Court, Central District of California, Case No. 2:07-cv-02252.
    i.   Retained in 2007.
    ii.  Statistical analysis of timekeeping and payroll records.

39. Securities and Exchange Commission v. Robert Therrien, United States District Court, District of Massachusetts, Civil Action No. 07 CA 11364 RCL.
    i.   Retained in 2007.
    ii.  Statistical analysis of Stock Option Data.

40. United States of America v. Ralphs Grocery Company, United States District Court for the Central District of California, CR No. 05-1210 PA.
    i.   Retained in 2007.
    ii.  Statistical analysis of employment records.

41. Robert Reese Baines III et al. v. John J. Moores et al., Superior Court of the State of California, County of San Diego, Consolidated Case No. CIG 806212 (JBB).
    i.   Retained in 2007.
    ii.  Statistical analysis of stock price data.

42. OFCCP Investigation of Zack Farms.
    i.   Retained in 2007.
    ii.  Statistical analysis of employment records.

43. Didi Hirsch et al. v. County of Los Angeles et al.
    i.   Retained in 2007.
    ii.  Statistical analysis of medical claims data.

44. Federal investigation of Sanmina SCI Corp.
    i.   Retained in 2007
    ii.  Statistical analysis of stock option data.

45. Daniel Knepper et al. v. Rite Aid Corporation et al., United States District Court, Middle District of California, Case No. 09-cv-2069.
    i.   Retained in 2008.
    ii.  Statistical analysis of time keeping and payroll records.

46. Kassondra Baas et al. v. Dollar Tree Stores, Inc., United States District Court, Northern District of California, Case No C 07-03108.
    i.   Retained in 2008.
    ii.  Statistical analysis of time keeping and payroll records.

47. Xilinx, Inc., and Subsidiaries.
    i.   Retained in 2008.

        ii.     Statistical analysis of stock option data.

48. Racquel Rodriguez et al. v. San Antonio Community Hospital, Superior Court of California, County of San Bernardino, Case No. RCV087987.
    - i. Retained in 2008.
    - ii. Statistical analysis of time keeping and payroll records.

49. Nicole Sharbono et al. v. Chicago Title Company et al., Case No. 07CC05199.
    - i. Retained in 2008.
    - ii. Statistical analysis of time keeping and payroll records.

50. Tierno et al. v. Rite Aid Corp., United States District Court, Northern District of California, Case No. 3:05-cv-02520.
    - i. Retained in 2008.
    - ii. Statistical analysis of time keeping and payroll records.

51. Kevin Grams et al. v. E-Z Buy et al., Superior Court of California, County of Los Angeles, Case No.BC390513.
    - i. Retained in 2008.
    - ii. Statistical analysis of time keeping and payroll records.

52. OFCCP Investigation of Kaiser Aluminum.
    - i. Retained in 2008.
    - ii. Statistical analysis of employment records.

53. Cesar Bermudez et al. v. Desert Village Development, LLC, et al., Superior Court of California, County of Imperial – El Centro Branch, Case No. ECU03805.
    - i. Retained in 2008.
    - ii. Statistical analysis of construction defect claims.

54. Gerald Fast et al. v. Applebee's International, Inc., et al., United States District Court, Western District of Missouri, Case No. CIV-06-4164-CV CNKL.
    - i. Retained in 2008.
    - ii. Design and statistical analysis of survey data.

55. Carl von Retteg et al., v. La Costa Limousine, Ltd., et al., Superior Court of California, County of San Diego, Central Division, Case No. 37-2008-00086676-CU-OE-CTL.
    - i. Retained in 2008.
    - ii. Statistical analysis of time keeping and payroll records.
    - iii. Mediation assistance
    - iv. Settlement distribution.

56. Gail Kraft v. Kaiser Permanente et al., Superior Court of California, County of San Diego, Case No. 37-2009-00083746-CU-WT-CTC.

**EXHIBIT A 046**

    i.    Retained in 2009.
    ii.   Statistical Analysis.

57. Cumis Insurance Society, Inc. v. Merrick Bank Corporation et al., United States District Court, District of Arizona, Case No. CV 07-374-TUC-CKJ.
    i.    Retained in 2009.
    ii.   Statistical analysis of credit card transaction data.

58. EEOC v. Home Depot USA, Inc., United States District Court, Northern District of Ohio, Eastern Division, Case No. 4-07CV0143.
    i.    Retained in 2009.
    ii.   Statistical analysis of employment records.

59. Jennifer Burnham et al. v. Kendall Floral Supply LLC., Superior Court of California, County of San Diego, Case No. 2008-7461-SVW(CWx).
    i.    Retained in 2009.
    ii.   Statistical analysis of time keeping and payroll records.

60. Big Lots Wage and Hour Cases, Superior Court of California, County of Los Angeles, Case No. BC357983.
    i.    Retained in 2009.
    ii.   Statistical analysis of time keeping and payroll records.

61. Donte Madison et al. v. Cedar Fair L.P., Superior Court of California, County of Orange, Case No. 07CC01407.
    i.    Retained in 2009.
    ii.   Statistical analysis of time keeping and payroll records.

62. Tiffany Miliaresis et al. v. Cedar Fair Entertainment, Superior Court of California, County of Orange, Case No. 30-2009-00255816.
    i.    Retained in 2009.
    ii.   Statistical analysis of time keeping and payroll records.

63. Kenneth Rascone et al. v. Federal Express Ground Pack Package Systems et al., United States District Court, Indiana Northern District Court, Case No. 3:2009cv00060.
    i.    Retained in 2009.
    ii.   Statistical analysis of time keeping and payroll records.

64. James Fisher et al. v. Rite Aid Corporation et al., United States District Court, District of Maryland, Case No. RDB-09-1909.
    i.    Retained in 2009.
    ii.   Statistical analysis of time keeping and payroll records.

65. Nicole Lopes et al. v. Kohl's Department Stores, Inc., Superior Court of California, County of Alameda, Case No. RG-08-380189.
    i.   Retained in 2009.
    ii.  Statistical analysis of time keeping and payroll records.

66. Arnesha Garner et al. v. State Farm Mutual Automobile Insurance Company et al., United States District Court, Northern District of California, Case No. CV 08 1365 CW.
    i.   Retained in 2009.
    ii.  Statistical analysis of insurance claims data.

67. Rosemary Anderson et al. v. Total Renal Cae, Inc., Superior Court of California, County of Los Angeles, Case No. BC388335.
    i.   Retained in 2009.
    ii.  Design and statistical analysis of survey data.

68. Gino Maraventano et al. v. Nordstrom, Inc., Superior Court of California, County of San Diego, Case No. 38-2010-00060965-CU-OE-NC.
    i.   Retained in 2009.
    ii.  Statistical analysis of time keeping and payroll records.

69. Anne Houser et al. v. Ryland Homes of California, Inc., et al., Superior Court of California, County of Orange, Case No. 30-2008-00224404.
    i.   Retained in 2010.
    ii.  Statistical analysis of construction defect claims.

70. Richard Carrigan et al. v. Solectron Corporation et al., Superior Court of the State of California, County of Santa Clara, Case No. 1-07-CV-087219.
    i.   Retained in 2010.
    ii.  Statistical analysis of stock price data.

71. M. Puchalski et al. v. Taco Bell Corporation et al., United States District Court, California Southern District Court, Case No. 3:2008cv01596.
    i.   Retained in 2010..
    ii.  Statistical analysis of time keeping and payroll records.

72. Willy and Holly Caldwell et al., v. River Oaks at Rialto, LLC, et al., Superior Court of California, County of San Bernardino, Case No. CIVDS 906089.
    i.   Retained in 2010.
    ii.  Statistical analysis of construction defect claims.

73. Jeff Quonn et al. v. Arch Wireless et al., United States District Court, Central District of California, Riverside, Case No.
    i.   Retained in 2010.
    ii.  Statistical analysis of cell phone records.

EXHIBIT A 048

74. Jennifer Eoff et al. v. Sprint Nextel Corporation and Sprint Spectrum L.P., United States District Court, New Jersey District Court – Newark Office, Case No.: 2:10-cv-01190.
    i.   Retained in 2010.
    ii.  Statistical analysis of cell phone bills.

75. The Layton Companies et al. v. Alan J. Peterson et al., United States District Court, Third District, Case No. 070908853.
    i.   Retained in 2010.
    ii.  Statistical modeling.

76. SIRQ, Inc. et al. v. Layton Construction Co., Inc., et al., Case No. 070912813.
    i.   Retained in 2010.
    ii.  Statistical modeling.

77. Greg Smith et al. v. California Pizza Kitchen, Inc., Superior Court of California, County of San Diego, Case No.
    i.   Retained in 2011.
    ii.  Statistical analysis of time keeping and payroll records.

78. Lubin et al. v. Wackenhut Corporation et al., Superior Court of California, County of Los Angeles, Case No. BC326996.
    i.   Retained in 2011.
    ii.  Statistical analysis of time keeping and payroll records.

79. Maresca et al. v. Wackenhut Service, Inc., et al., Superior Court of California, County of Los Angeles, Case No. BC373415.
    i.   Retained in 2011.
    ii.  Statistical analysis of time keeping and payroll records.

80. Government Investigation of Partial Hospitalization Program at Florida Medical Center.
    i.   Retained in 2011.
    ii.  Analysis of statistical sampling plan.

81. Sharon Hamilton et al. v. Vitamin World and NBTY., Superior Court of California, County of Alameda, Court Case No. RG10524008.
    i.   Retained in 2011.
    ii.  Statistical analysis of time keeping and payroll records.

82. Flavio Castaneda M.D., et al. vs. Laredo Texas Hospital Company, L.P. d/b/a Laredo Medical Center et al.
    i.   Retained in 2011.
    ii.  Statistical sampling.

**EXHIBIT A 049**

83. Fernando Huc v. SoHo House, West Hollywood.
    i.   Retained in 2011.
    ii.  Statistical Analysis of Timekeeping and Payroll Records.

84. Novartis Vaccines v. Ortho Clinical Diagnostics – Arbitration.
    i.   Retained in 2011.
    ii.  Statistical modeling.

85. Liberty Medical– DOJ Investigation
    i.   Retained 2011.
    ii.  Statistical sampling.

86. Denton et al. v. The Wackenhut Corporation, Superior Court of California, County of Orange, Case No. 00180014
    i.   Retained 2011.
    ii.  Statistical analysis of time keeping and payroll records.

87. Wackenhut Wage and Hour Cases, Superior Court of California, County of Los Angeles, Judicial Council Coordination Proceeding No. 4545.
    i.   Retained 2011.
    ii.  Statistical analysis of time keeping and payroll records.

88. Arie Shabtai et al. v. Advanced Security Tech, Inc., Superior Court of California, County of Los Angeles, Case No. BC428671.
    i.   Retained in 2011.
    ii.  Statistical Analysis of Timekeeping and Payroll Records.

89. Liberty Medical Audit by CMS Contractor CGS.
    i.   Retained in 2011.
    ii.  Analysis of statistical sampling performed by CGS.

90. Stones River Medical Group – CMS Audit.
    i.   Retained in 2011.
    ii.  Statistical sampling.

91. Tenet Healthcare Corp. v. Community Health SystemsInc., United States District Court, Northern District of Texas -Dallas, Case No. 3:11-00732.
    i.   Retained in 2011.
    ii.  Statistical analysis of inpatient admissions.

92. Hancock et al. v. RadioShack Corporation, Unites States District Court, Middle District of Florida, Case No. 8:11-cv-00011.
    i.   Retained in 2011.
    ii.  Statistical Analysis of Timekeeping and Payroll Records.

93. Karen York et al. v. Children's Hospital of Orange County, Superior Court of California, County of Orange, Case No.
    i.    Retained in 2011.
    ii.    Statistical Analysis of Timekeeping and Payroll Records.

94. Stella Rodriguez, et al. v MedAssets Net Revenue Systems.
    i.    Retained in 2011.
    ii.    Statistical Analysis of Timekeeping and Payroll Records.

95. Microsoft Corp v. Datatern, Inc., United States District Court, Southern District of New York, Case No. 11-cv-2365-KBF.
    i.    Retained in 2012.
    ii.    Survey Work.

96. PDL Biopharma Inc. v. Genentech Inc., United States District Court, Second Judicial District Court, State of Nevada, County of Washoe, Cse No. CV10-02578.
    i.    Retained in 2012.
    ii.    Statistical modeling.

97. SAP AG and SAP America v. Datatern, Inc., United States District Court, Southern District of New York, Case No. 11-cv-2648-KBF.
    i.    Retained in 2012.
    ii.    Survey Work.

98. Kurt Stoetzl et al v. State of California, Department of Corrections and Rehabilitation, et al., Superior Court of California. City and County of San Francisco, Case No. CGC-08-474096.
    i.    Retained in 2012.
    ii.    Observational study.

99. US Department of Justice Investigation of Sterling Mortgage Company.
    i.    Retained in 2012.
    ii.    Statistical sampling.

100. Kristopher Rogers et al. v. Andrews International, Inc., Superior Court of California, County of Los Angeles, Case No. BC448046.
    i.    Retained in 2012.
    ii.    Statistical analysis of timekeeping and payroll records.

101. Hiriam Hernandez et al. v. Andrews International, Inc., Superior Court of California, County of Ventura, Case No. 56-2010-00385610-CU-OE-VTA.
    i.    Retained in 2012.
    ii.    Statistical analysis of timekeeping and payroll records.

EXHIBIT A 051

102. Kira Reinhart et al. v. Life Technology, Inc. et al.
    i.    Retained in 2012.
    ii.   Statistical analysis of earnings records for Mediation assistance.

103. Holly Refining & Marketing Company-Woods Cross LLC Refinery (Holly Refinery) v.
    Mullen Crane and Transport, et al.
    i.    Retained in 2012.
    ii.   Statistical sampling.

104. Air Cargo Antitrust Litigation, US Joint Defense Group.
    i.    Retained in 2012.
    ii.   Statistical modeling.

105. Valente Barbosa et al. v. National Beef Packing Company, LLC, United States District Court,
    District of Kansas (Kansas City), Case No. 2:12 – cv – 02311 – KHV – DJW.
    i.    Retained in 2012.
    ii.   Observational study, time and motion study.
    iii.  Mediation assistance.
    iv.   Settlement distribution.

106. Mid-Town Surgical Center, LLP v. Blue Cross Blue Shield of Texas, United States District
    Court, Southern District of Texas, Case No. 4:11-cv-02086.
    i.    Retained in 2012.
    ii.   Statistical sampling.

107. Andrews International Wage and Hour Cases, Superior Court of California, County of Los
    Angeles, Judicial Council Coordination Proceeding No. 4712.
    i.    Retained in 2012.
    ii.   Statistical analysis of timekeeping and payroll records.

108. Capital Otolaryngology Head and Neck Surgeons v. Humana Health Plan of Texas, Inc., et
    al., United States District Court, Texas Western District Court, Austin Office, Case No.
    1:2009cv00540.
    i.    Retained 2012.
    ii.   Statistical sampling.

109. Mark Drumheller et al v. RadioShack Corporation et al., Unites States District Court, Central
    District of California, Case No. 8:11-cv-00355.
    i.    Retained in 2013.
    ii.   Statistical analysis of timekeeping and payroll records.

110. Northwest Texas Healthcare System, Inc. v. Blue Cross and Blue Shield of Texas, United
    States District Court, Northern District of Texas, Case No. 2:2012cv00108.
    i.    Retained in 2012.

**EXHIBIT A 052**

      ii.     Statistical sampling.

111. Albert Solorio et al. v. Angelica Textile Services, United States District Court, California Northern District, Case No. 5:2012cv03569.
      i.     Retained in 2013.
      ii.     Statistical analysis of timekeeping and payroll records.

112. Texas Healthcare & Human Services OIG Medicaid Investigation of DFW Family Dental Centers.
      i.     Retained in 2013.
      ii.     Statistical analysis of state Government claims of alleging over-reimbursement.

113. California College, Inc. et al v. In Contact, Inc., et al.
      i.     Retained in 2013.
      ii.     Statistical sampling and modeling.

114. South Florida Baptist Hospital v.WellCare Health Plans, Inc.
      i.     Retained in 2013.
      ii.     Statistical sampling.

115. Wes Lankford v. Pacific Aggregates et al., Superior Court of California, County of Riverside, Case No. RIC 1119022.
      i.     Retained in 2013.
      ii.     Analysis of employment records for damages claim.

116. Alcon OIG Investigation.
      i.     Retained in 2013
      ii.     Statistical sampling.

117. Apollo Courier Wage and Hour Cases.
      i.     Retained in 2013.
      ii.     Statistical analysis of timekeeping and payroll records.

118. Office of Inspector General, Texas Health and Human Services Commission v. Center For Disease Detection LLC.
      i.     Retained in 2013.
      ii.     Review of statistical sampling performed by OIG.

119. Andrea Ware et al. v. Soho House, West Hollywood LLC., Cecconi's West Hollywood et al., Superior Court of California, County of Los Angeles, Case No. BC 496246.
      i.     Retained in 2013.
      ii.     Statistical analysis of timekeeping and payroll records.

120. Marcus Becerra et al. v. RadioShack Corporation, Unites States District Court, Northern District of California, Case No. 4:11-cv-03586.
    i.    Retained in 2013.
    ii.    Statistical analysis of timekeeping and payroll records.

121. Michael Baumert et al., v. RadioShack Corporation, Unites States District Court, Central District of California, Case No. 2:13-cv-02686.
    i.    Retained in 2013.
    ii.    Statistical analysis of timekeeping and payroll records.

122. South Florida Baptist Hospital v.WellCare Health Plans, Inc
    i.    Retained in 2013.
    ii.    Statistical sampling.

123. Henry Castillo et al. v. DHL Express (USA) et al., Superior Court of California, County of Los Angeles, Case No. BC 409169.
    i.    Retained in 2014.
    ii.    Statistical analysis of timekeeping and payroll records.

124. Mory Ahmadi et al. v. Orly International, Inc., et al., Superior Court of California, County of Los Angeles, Case No. BC512989.
    i.    Retained in 2014.
    ii.    Statistical analysis of sales records.

125. Cindy Qiwang Xu v. The Ritz Carlton Hotel Company, LLC, et al., Superior Court of California, County of San Francisco, Case No. CGC-12-527387.
    i.    Retained in 2014.
    ii.    Statistical analysis of employment records.

# Consulting Projects

1.    Buy.com.
    i.    Retained in 2000.
    ii.    Develop product pricing scenarios.

2.    Strategic Hotel Management.
    i.    Retained in 2000.
    ii.    Statistical modeling to assess effectiveness of frequent traveler program.

3.    Los Angeles Unified School District.

EXHIBIT A 054

    i.     Retained in 2000.

    ii.    Economic impact study of proposed recycling programs.

4.  AMT REIT.
    i.     Retained in 2000.
    ii.    Statistical optimization models.

5.  Boyd Gaming.
    i.     Retained in 2000.
    ii.    Statistical modeling to assess profitability of loyalty program.

6.  Los Angeles County Sheriff's Department.
    i.     Retained in 2000.
    ii.    Statistical analysis of hiring and promotion records in post litigation consent decree.

7.  Intuit Software Company.
    i.     Retained in 2000.
    ii.    Price elasticity analysis for product bundling.

8.  Columbia/HCA.
    i.     Retained in 2001.
    ii.    Statistical Sampling as IRO in Corporate Integrity Agreement.

9.  Hutchison Whampoa Limited.
    i.     Retained in 2001.
    ii.    Developed customized data mining techniques for the implementation within a customer knowledge management system.

10.  County of Los Angeles, Department of Health Services.
    i.     Retained in 2001.
    ii.    Develop an automated tool to process the Medi-Cal Administrative Cost Claims.

11.  AT&T Wireless USF Refund analysis
    i.     Retained in 2002.
    ii.    Statistical analysis of data pertaining to USF Refund analysis.

12.  Office Depot
    i.     Retained in 2002.
    ii.    Time and Motion/Observational Study of Stores and Employees

13.  Sempra Energy
    i.     Retained in 2003.
    ii.    Hedonic regression modeling to assess impact of EMF lines on housing and property prices.

**EXHIBIT A 055**

14. Premera Blue Cross.
  i.    Retained in 2003.
  ii.   Economic and statistical analysis in for-profit conversion process.

15. Home Depot
  i.    Retained in 2003
  ii.   In store observational study of manager and assistant manager activity.

16. HCA Pricing Setting Strategy
  i.    Retained in 2004.
  ii.   Statistical and economic analyses related to optimal price setting.

17. Medco – ASA Study
  i.    Retained in 2004.
  ii.   Statistical analysis of call center data to determine average speed to answer.

18. County of Los Angeles, Department of Health Services.
  i.    Retained in 2004.
  ii.   Upgrade the automated Medi-Cal Administrative Cost Claims tool.

19. Pacific Gas and Electric Company
  i.    Retained in 2004.
  ii.   Statistical analysis of sales forecasting models.

20. Pacific Medical Center
  i.    Retained in 2006.
  ii.   Statistical Sampling in OIG Self Disclosure.

21. CCC Information Services,Inc.
  i.    Retained in 2008.
  ii.   Statistical analysis of used car valuation methodology.

22. Rite Aid
  i.    Retained in 2006.
  ii.   Observational Study of store managers and assistant managers.

23. The Sports Authority, Inc.
  i.    Retained in 2006.
  ii.   Observational Study of sales clerks to assess meal and break time compliance.

24. City of Los Angeles, Attorney's Office.
  i.    Retained in 2007.
  ii.   Statistical survey and sampling.

EXHIBIT A 056

25.  CCC Information Services,Inc.
  i.      Retained in 2008.
  ii.     Statistical analysis of used car valuation methodology.

26.  National Beef Packing Company.
  i.      Retained in 2008.
  ii.     Observational Study of Liberty Plant.

27.  Illinois Bone and Joint Institute
  i.      Retained in 2008.
  ii.     Statistical sampling.

28.  National Beef Packing Company.
  i.      Retained in 2009.
  ii.     Observational study of Dodge City Plant.

29.  Kaiser – Melamed
  i.      Retained in 2010.
  ii.     Statistical modeling.

30.  Kaiser
  i.      Retained in 2011.
  ii.     Statistical analysis of Prime Health Care Billings.

31.  Accredo Health Group, Inc.
  i.      Retained in 2011.
  ii.     Statistical sampling analysis of medical claims.

32.  National Beef Packing Company.
  i.      Retained in 2011.
  ii.     Observational Study of Dodge City and Liberty Plant.

33.  Precise Ambulance Services.
  i.      Retained 2011.
  ii.     Statistical sampling.

34.  Keller and Heckman LLP.
  i.      Retained in 2012.
  ii.     Survey design and analysis.

35.  Superior Energy Services, LLC.
  i.      Retained in 2012.
  ii.     Statistical sampling.

EXHIBIT A 057

36.  HMA IOP Analysis
   i.    Retained in 2013.
  ii.    Statistical sampling.

37.  Express Scripts
   i.    Retained in 2014.
  ii.    Statistical analysis for California Dispensing Fee Study.

**EXHIBIT A 058**

# Exhibit 3

EXHIBIT A 059

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 217 | $ 8.11 | $ 24.59 | $ - | $ 216.22 | $ 240.81 |
| 561 | $ 0.25 | $ 0.78 | $ - | $ 216.22 | $ 217.00 |
| 698 | $ 32.63 | $ 104.65 | $ - | $ 216.22 | $ 320.87 |
| 992 | $ 2.40 | $ 7.19 | $ 175.48 | $ 216.22 | $ 398.89 |
| 2784 | $ 0.16 | $ 0.46 | $ - | $ 216.22 | $ 216.68 |
| 3150 | $ 0.59 | $ 1.77 | $ 175.48 | $ 216.22 | $ 393.47 |
| 3834 | $ 18.69 | $ 55.72 | $ - | $ 216.22 | $ 271.94 |
| 4748 | $ 15.06 | $ 51.71 | $ - | $ 216.22 | $ 267.93 |
| 6839 | $ 2.58 | $ 7.74 | $ 175.48 | $ 216.22 | $ 399.44 |
| 7919 | $ 5.56 | $ 16.76 | $ - | $ 216.22 | $ 232.98 |
| 8028 | $ 1.60 | $ 4.84 | $ - | $ 216.22 | $ 221.06 |
| 8249 | $ 0.59 | $ 1.76 | $ 175.48 | $ 216.22 | $ 393.46 |
| 8964 | $ 16.15 | $ 49.68 | $ - | $ 216.22 | $ 265.90 |
| 10092 | $ 0.23 | $ 0.68 | $ - | $ 216.22 | $ 216.90 |
| 10281 | $ 26.51 | $ 79.79 | $ - | $ 216.22 | $ 296.01 |
| 10445 | $ 6.10 | $ 18.25 | $ - | $ 216.22 | $ 234.47 |
| 11314 | $ 8.30 | $ 26.43 | $ - | $ 216.22 | $ 242.65 |
| 12218 | $ 28.10 | $ 87.37 | $ - | $ 216.22 | $ 303.59 |
| 14032 | $ 7.21 | $ 25.25 | $ 175.48 | $ 216.22 | $ 416.95 |
| 14101 | $ 3.21 | $ 9.63 | $ - | $ 216.22 | $ 225.85 |
| 14663 | $ 3.60 | $ 12.58 | $ - | $ 216.22 | $ 228.80 |
| 14797 | $ 12.75 | $ 41.53 | $ - | $ 216.22 | $ 257.75 |
| 14847 | $ 0.11 | $ 0.32 | $ - | $ 216.22 | $ 216.54 |
| 14968 | $ 0.73 | $ 2.17 | $ 175.48 | $ 216.22 | $ 393.87 |
| 15160 | $ 0.64 | $ 1.90 | $ - | $ 216.22 | $ 218.12 |
| 15688 | $ 5.39 | $ 16.01 | $ 175.48 | $ 216.22 | $ 407.71 |
| 15867 | $ 0.03 | $ 0.07 | $ - | $ 216.22 | $ 216.29 |
| 16280 | $ 0.08 | $ 0.22 | $ 175.48 | $ 216.22 | $ 391.92 |
| 16524 | $ 1.41 | $ 4.23 | $ 175.48 | $ 216.22 | $ 395.93 |
| 17057 | $ 46.44 | $ 140.90 | $ - | $ 216.22 | $ 357.12 |
| 18449 | $ 30.80 | $ 97.84 | $ - | $ 216.22 | $ 314.06 |
| 18505 | $ 11.12 | $ 33.36 | $ 175.48 | $ 216.22 | $ 425.06 |
| 18539 | $ 151.01 | $ 480.63 | $ - | $ 216.22 | $ 696.85 |
| 18648 | $ 0.15 | $ 0.45 | $ 175.48 | $ 216.22 | $ 392.15 |
| 18752 | $ 6.83 | $ 19.93 | $ 175.48 | $ 216.22 | $ 411.63 |
| 18862 | $ 2.58 | $ 7.73 | $ - | $ 216.22 | $ 223.95 |
| 18956 | $ 0.34 | $ 1.01 | $ - | $ 216.22 | $ 217.23 |
| 19004 | $ 0.43 | $ 1.42 | $ - | $ 216.22 | $ 217.64 |
| 19065 | $ 25.41 | $ 80.75 | $ - | $ 216.22 | $ 296.97 |
| 19068 | $ 2.53 | $ 7.75 | $ - | $ 216.22 | $ 223.97 |
| 19153 | $ 2.54 | $ 10.88 | $ - | $ 216.22 | $ 227.10 |
| 19786 | $ 1.60 | $ 7.26 | $ 175.48 | $ 216.22 | $ 398.96 |
| 20106 | $ 4.12 | $ 11.33 | $ - | $ 216.22 | $ 227.55 |
| 20276 | $ 0.01 | $ 0.02 | $ - | $ 216.22 | $ 216.24 |

**EXHIBIT A 060**

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 20419 | $ 6.65 | $ 20.15 | $ 175.48 | $ 216.22 | $ 411.85 |
| 20970 | $ 13.32 | $ 39.51 | $ - | $ 216.22 | $ 255.73 |
| 21291 | $ 0.21 | $ 0.63 | $ 175.48 | $ 216.22 | $ 392.33 |
| 21401 | $ 2.29 | $ 6.97 | $ - | $ 216.22 | $ 223.19 |
| 21655 | $ 0.01 | $ 0.01 | $ - | $ 216.22 | $ 216.23 |
| 22272 | $ 43.06 | $ 136.84 | $ - | $ 216.22 | $ 353.06 |
| 22315 | $ 0.11 | $ 0.51 | $ 175.48 | $ 216.22 | $ 392.21 |
| 22389 | $ 0.23 | $ 0.69 | $ 175.48 | $ 216.22 | $ 392.39 |
| 22856 | $ 27.50 | $ 84.07 | $ 175.48 | $ 216.22 | $ 475.77 |
| 23313 | $ 6.91 | $ 23.55 | $ 175.48 | $ 216.22 | $ 415.25 |
| 23377 | $ 4.76 | $ 13.95 | $ - | $ 216.22 | $ 230.17 |
| 23383 | $ 1.03 | $ 3.20 | $ - | $ 216.22 | $ 219.42 |
| 23707 | $ 0.76 | $ 2.26 | $ 175.48 | $ 216.22 | $ 393.96 |
| 23958 | $ 5.10 | $ 16.96 | $ 175.48 | $ 216.22 | $ 408.66 |
| 25063 | $ 0.93 | $ 2.78 | $ 175.48 | $ 216.22 | $ 394.48 |
| 25256 | $ 1.68 | $ 5.02 | $ 175.48 | $ 216.22 | $ 396.72 |
| 25338 | $ 6.37 | $ 19.09 | $ 175.48 | $ 216.22 | $ 410.79 |
| 25364 | $ 0.49 | $ 1.46 | $ - | $ 216.22 | $ 217.68 |
| 25514 | $ 0.04 | $ 0.11 | $ - | $ 216.22 | $ 216.33 |
| 25759 | $ 1.80 | $ 5.46 | $ - | $ 216.22 | $ 221.68 |
| 25934 | $ 0.52 | $ 1.56 | $ - | $ 216.22 | $ 217.78 |
| 25951 | $ 0.08 | $ 0.24 | $ 175.48 | $ 216.22 | $ 391.94 |
| 26613 | $ 6.60 | $ 22.50 | $ 175.48 | $ 216.22 | $ 414.20 |
| 26661 | $ 14.23 | $ 43.34 | $ 175.48 | $ 216.22 | $ 435.04 |
| 26772 | $ 7.82 | $ 23.13 | $ 175.48 | $ 216.22 | $ 414.83 |
| 27100 | $ 106.17 | $ 299.49 | $ 175.48 | $ 216.22 | $ 691.19 |
| 27117 | $ 0.04 | $ 0.12 | $ - | $ 216.22 | $ 216.34 |
| 27342 | $ 7.75 | $ 27.12 | $ - | $ 216.22 | $ 243.34 |
| 27355 | $ 10.95 | $ 33.40 | $ - | $ 216.22 | $ 249.62 |
| 27434 | $ 16.05 | $ 50.88 | $ 175.48 | $ 216.22 | $ 442.58 |
| 27517 | $ 2.32 | $ 8.28 | $ - | $ 216.22 | $ 224.50 |
| 27859 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 27994 | $ 7.00 | $ 20.72 | $ 175.48 | $ 216.22 | $ 412.42 |
| 28408 | $ 2.81 | $ 10.51 | $ - | $ 216.22 | $ 226.73 |
| 28566 | $ 4.37 | $ 13.09 | $ 175.48 | $ 216.22 | $ 404.79 |
| 28604 | $ 0.96 | $ 2.86 | $ - | $ 216.22 | $ 219.08 |
| 28749 | $ 2.83 | $ 9.37 | $ - | $ 216.22 | $ 225.59 |
| 28827 | $ 1.56 | $ 5.09 | $ - | $ 216.22 | $ 221.31 |
| 29179 | $ 0.79 | $ 2.37 | $ 175.48 | $ 216.22 | $ 394.07 |
| 29187 | $ 12.21 | $ 38.29 | $ - | $ 216.22 | $ 254.51 |
| 29190 | $ 46.83 | $ 143.54 | $ - | $ 216.22 | $ 359.76 |
| 29271 | $ 2.09 | $ 6.27 | $ 175.48 | $ 216.22 | $ 397.97 |
| 29521 | $ 5.23 | $ 16.05 | $ - | $ 216.22 | $ 232.27 |
| 29943 | $ 15.31 | $ 44.18 | $ 175.48 | $ 216.22 | $ 435.88 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 29968 | $ 0.47 | $ 1.28 | $ - | $ 216.22 | $ 217.50 |
| 29997 | $ 0.21 | $ 0.63 | $ 175.48 | $ 216.22 | $ 392.33 |
| 30149 | $ 0.28 | $ 0.83 | $ 175.48 | $ 216.22 | $ 392.53 |
| 30179 | $ 6.37 | $ 18.78 | $ - | $ 216.22 | $ 235.00 |
| 30429 | $ 1.35 | $ 4.09 | $ - | $ 216.22 | $ 220.31 |
| 30745 | $ 0.91 | $ 2.73 | $ 175.48 | $ 216.22 | $ 394.43 |
| 30750 | $ 7.75 | $ 29.06 | $ - | $ 216.22 | $ 245.28 |
| 30927 | $ 2.17 | $ 6.56 | $ 175.48 | $ 216.22 | $ 398.26 |
| 31133 | $ 0.08 | $ 0.24 | $ 175.48 | $ 216.22 | $ 391.94 |
| 31258 | $ 14.24 | $ 33.69 | $ - | $ 216.22 | $ 249.91 |
| 31261 | $ 64.87 | $ 189.06 | $ 175.48 | $ 216.22 | $ 580.76 |
| 31262 | $ 7.82 | $ 29.16 | $ - | $ 216.22 | $ 245.38 |
| 31358 | $ 78.10 | $ 229.46 | $ - | $ 216.22 | $ 445.68 |
| 31427 | $ 0.19 | $ 0.56 | $ 175.48 | $ 216.22 | $ 392.26 |
| 31467 | $ 0.39 | $ 1.17 | $ - | $ 216.22 | $ 217.39 |
| 31629 | $ 0.13 | $ 0.39 | $ 175.48 | $ 216.22 | $ 392.09 |
| 32061 | $ 0.25 | $ 0.73 | $ 175.48 | $ 216.22 | $ 392.43 |
| 32166 | $ 0.01 | $ 0.01 | $ - | $ 216.22 | $ 216.23 |
| 32221 | $ 0.24 | $ 0.72 | $ 175.48 | $ 216.22 | $ 392.42 |
| 32361 | $ 6.62 | $ 20.57 | $ - | $ 216.22 | $ 236.79 |
| 32485 | $ 0.21 | $ 0.69 | $ 175.48 | $ 216.22 | $ 392.39 |
| 32499 | $ 0.76 | $ 2.28 | $ 175.48 | $ 216.22 | $ 393.98 |
| 32520 | $ 0.40 | $ 1.18 | $ - | $ 216.22 | $ 217.40 |
| 32698 | $ 0.98 | $ 2.94 | $ 175.48 | $ 216.22 | $ 394.64 |
| 32730 | $ 4.27 | $ 14.46 | $ - | $ 216.22 | $ 230.68 |
| 32750 | $ 9.32 | $ 27.94 | $ 175.48 | $ 216.22 | $ 419.64 |
| 32837 | $ 0.29 | $ 1.21 | $ - | $ 216.22 | $ 217.43 |
| 32860 | $ 1.75 | $ 5.91 | $ 175.48 | $ 216.22 | $ 397.61 |
| 32931 | $ 0.01 | $ 0.03 | $ - | $ 216.22 | $ 216.25 |
| 32935 | $ 0.95 | $ 3.15 | $ - | $ 216.22 | $ 219.37 |
| 32943 | $ 2.16 | $ 6.80 | $ - | $ 216.22 | $ 223.02 |
| 32971 | $ 12.23 | $ 37.09 | $ - | $ 216.22 | $ 253.31 |
| 33017 | $ 0.19 | $ 0.57 | $ 175.48 | $ 216.22 | $ 392.27 |
| 33018 | $ 3.21 | $ 9.62 | $ 175.48 | $ 216.22 | $ 401.32 |
| 33059 | $ 14.03 | $ 42.15 | $ - | $ 216.22 | $ 258.37 |
| 33145 | $ 1.15 | $ 3.45 | $ 175.48 | $ 216.22 | $ 395.15 |
| 33163 | $ 31.78 | $ 101.70 | $ - | $ 216.22 | $ 317.92 |
| 33166 | $ 1.53 | $ 4.58 | $ 175.48 | $ 216.22 | $ 396.28 |
| 33267 | $ 0.30 | $ 1.41 | $ - | $ 216.22 | $ 217.63 |
| 33367 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 33417 | $ 1.68 | $ 4.65 | $ - | $ 216.22 | $ 220.87 |
| 33554 | $ 3.39 | $ 10.16 | $ - | $ 216.22 | $ 401.86 |
| 33635 | $ 146.37 | $ 461.59 | $ - | $ 216.22 | $ 677.81 |
| 33786 | $ 15.79 | $ 47.36 | $ 175.48 | $ 216.22 | $ 439.06 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 33834 | $ 4.76 | $ 15.44 | $ - | $ 216.22 | $ 231.66 |
| 34102 | $ 0.96 | $ 2.87 | $ 175.48 | $ 216.22 | $ 394.57 |
| 34207 | $ 2.61 | $ 7.68 | $ 175.48 | $ 216.22 | $ 399.38 |
| 34257 | $ 14.68 | $ 32.62 | $ 175.48 | $ 216.22 | $ 424.32 |
| 34379 | $ 0.11 | $ 0.31 | $ 175.48 | $ 216.22 | $ 392.01 |
| 34469 | $ 0.94 | $ 2.82 | $ 175.48 | $ 216.22 | $ 394.52 |
| 34519 | $ 5.25 | $ 15.74 | $ 175.48 | $ 216.22 | $ 407.44 |
| 34633 | $ 0.27 | $ 0.81 | $ 175.48 | $ 216.22 | $ 392.51 |
| 34646 | $ 12.56 | $ 37.66 | $ 175.48 | $ 216.22 | $ 429.36 |
| 34796 | $ 4.87 | $ 15.93 | $ - | $ 216.22 | $ 232.15 |
| 34901 | $ 18.21 | $ 54.56 | $ 175.48 | $ 216.22 | $ 446.26 |
| 34963 | $ 4.04 | $ 13.02 | $ - | $ 216.22 | $ 229.24 |
| 34978 | $ 16.14 | $ 48.35 | $ 175.48 | $ 216.22 | $ 440.05 |
| 35063 | $ 1.49 | $ 4.47 | $ - | $ 216.22 | $ 220.69 |
| 35118 | $ 12.87 | $ 47.91 | $ - | $ 216.22 | $ 264.13 |
| 35194 | $ 0.03 | $ 0.09 | $ 175.48 | $ 216.22 | $ 391.79 |
| 35240 | $ 0.12 | $ 0.38 | $ - | $ 216.22 | $ 216.60 |
| 35259 | $ 0.16 | $ 0.47 | $ 175.48 | $ 216.22 | $ 392.17 |
| 35260 | $ 0.73 | $ 2.23 | $ - | $ 216.22 | $ 218.45 |
| 35264 | $ 0.17 | $ 0.50 | $ 175.48 | $ 216.22 | $ 392.20 |
| 35271 | $ 30.96 | $ 95.90 | $ - | $ 216.22 | $ 312.12 |
| 35273 | $ 8.59 | $ 25.75 | $ 175.48 | $ 216.22 | $ 417.45 |
| 35343 | $ 123.67 | $ 407.67 | $ - | $ 216.22 | $ 623.89 |
| 35350 | $ 0.10 | $ 0.34 | $ - | $ 216.22 | $ 216.56 |
| 35425 | $ 26.52 | $ 81.61 | $ 175.48 | $ 216.22 | $ 473.31 |
| 35442 | $ 4.61 | $ 13.42 | $ 175.48 | $ 216.22 | $ 405.12 |
| 35536 | $ 54.78 | $ 186.53 | $ - | $ 216.22 | $ 402.75 |
| 35537 | $ 31.12 | $ 93.72 | $ 175.48 | $ 216.22 | $ 485.42 |
| 35583 | $ 3.26 | $ 9.76 | $ 175.48 | $ 216.22 | $ 401.46 |
| 35705 | $ 8.42 | $ 24.63 | $ 175.48 | $ 216.22 | $ 416.33 |
| 35742 | $ 0.18 | $ 0.52 | $ - | $ 216.22 | $ 216.74 |
| 35769 | $ 0.17 | $ 0.49 | $ 175.48 | $ 216.22 | $ 392.19 |
| 35836 | $ 3.71 | $ 11.72 | $ - | $ 216.22 | $ 227.94 |
| 35856 | $ 1.71 | $ 5.11 | $ 175.48 | $ 216.22 | $ 396.81 |
| 35960 | $ 10.93 | $ 33.25 | $ 175.48 | $ 216.22 | $ 424.95 |
| 36005 | $ 10.54 | $ 31.60 | $ 175.48 | $ 216.22 | $ 423.30 |
| 36160 | $ 0.08 | $ 0.23 | $ 175.48 | $ 216.22 | $ 391.93 |
| 36297 | $ 47.95 | $ 138.78 | $ 175.48 | $ 216.22 | $ 530.48 |
| 36427 | $ 0.05 | $ 0.14 | $ 175.48 | $ 216.22 | $ 391.84 |
| 36434 | $ 2.02 | $ 6.06 | $ 175.48 | $ 216.22 | $ 397.76 |
| 36506 | $ 0.10 | $ 0.28 | $ 175.48 | $ 216.22 | $ 391.98 |
| 36811 | $ 10.92 | $ 35.30 | $ - | $ 216.22 | $ 251.52 |
| 36950 | $ 5.96 | $ 19.03 | $ - | $ 216.22 | $ 235.25 |
| 37058 | $ 6.10 | $ 19.56 | $ - | $ 216.22 | $ 235.78 |

**EXHIBIT A 063**

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 37144 | $ 0.01 | $ 0.01 | $ - | $ 216.22 | $ 216.23 |
| 37424 | $ 0.11 | $ 0.32 | $ 175.48 | $ 216.22 | $ 392.02 |
| 37431 | $ 0.14 | $ 0.41 | $ 175.48 | $ 216.22 | $ 392.11 |
| 37433 | $ 0.54 | $ 1.60 | $ 175.48 | $ 216.22 | $ 393.30 |
| 37516 | $ 3.40 | $ 10.82 | $ - | $ 216.22 | $ 227.04 |
| 37530 | $ 0.86 | $ 2.57 | $ 175.48 | $ 216.22 | $ 394.27 |
| 37651 | $ 48.62 | $ 149.89 | $ - | $ 216.22 | $ 366.11 |
| 37673 | $ 92.23 | $ 282.74 | $ 175.48 | $ 216.22 | $ 674.44 |
| 37772 | $ 0.49 | $ 1.22 | $ - | $ 216.22 | $ 217.44 |
| 37860 | $ 1.98 | $ 6.22 | $ 175.48 | $ 216.22 | $ 397.92 |
| 37877 | $ 5.32 | $ 21.76 | $ 175.48 | $ 216.22 | $ 413.46 |
| 37884 | $ 0.52 | $ 1.55 | $ 175.48 | $ 216.22 | $ 393.25 |
| 37980 | $ 0.93 | $ 2.60 | $ 175.48 | $ 216.22 | $ 394.30 |
| 37996 | $ 1.75 | $ 5.16 | $ 175.48 | $ 216.22 | $ 396.86 |
| 37998 | $ 82.45 | $ 266.79 | $ 175.48 | $ 216.22 | $ 658.49 |
| 38086 | $ 0.17 | $ 0.51 | $ 175.48 | $ 216.22 | $ 392.21 |
| 38101 | $ 3.18 | $ 9.30 | $ 175.48 | $ 216.22 | $ 401.00 |
| 38113 | $ 12.01 | $ 42.43 | $ - | $ 216.22 | $ 258.65 |
| 38133 | $ 1.14 | $ 3.46 | $ - | $ 216.22 | $ 219.68 |
| 38145 | $ 0.37 | $ 1.10 | $ 175.48 | $ 216.22 | $ 392.80 |
| 38155 | $ 20.39 | $ 61.15 | $ - | $ 216.22 | $ 277.37 |
| 38183 | $ 0.49 | $ 1.47 | $ 175.48 | $ 216.22 | $ 393.17 |
| 38211 | $ 10.52 | $ 35.67 | $ - | $ 216.22 | $ 251.89 |
| 38273 | $ 5.07 | $ 15.21 | $ 175.48 | $ 216.22 | $ 406.91 |
| 38443 | $ 0.03 | $ 0.08 | $ 175.48 | $ 216.22 | $ 391.78 |
| 38448 | $ 1.44 | $ 4.31 | $ 175.48 | $ 216.22 | $ 396.01 |
| 38487 | $ 13.16 | $ 39.48 | $ - | $ 216.22 | $ 255.70 |
| 38507 | $ 82.29 | $ 237.65 | $ 175.48 | $ 216.22 | $ 629.35 |
| 38535 | $ 7.99 | $ 24.68 | $ - | $ 216.22 | $ 240.90 |
| 38546 | $ 71.78 | $ 214.50 | $ 175.48 | $ 216.22 | $ 606.20 |
| 38549 | $ 4.29 | $ 12.85 | $ 175.48 | $ 216.22 | $ 404.55 |
| 38571 | $ 10.45 | $ 29.41 | $ 175.48 | $ 216.22 | $ 421.11 |
| 38588 | $ 14.96 | $ 44.97 | $ - | $ 216.22 | $ 261.19 |
| 38612 | $ 18.95 | $ 57.00 | $ 175.48 | $ 216.22 | $ 448.70 |
| 38731 | $ 11.22 | $ 33.45 | $ - | $ 216.22 | $ 249.67 |
| 38732 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 38778 | $ 0.20 | $ 0.60 | $ 175.48 | $ 216.22 | $ 392.30 |
| 38807 | $ 22.50 | $ 71.68 | $ - | $ 216.22 | $ 287.90 |
| 38857 | $ 0.51 | $ 1.51 | $ - | $ 216.22 | $ 217.73 |
| 38881 | $ 0.09 | $ 0.26 | $ 175.48 | $ 216.22 | $ 391.96 |
| 38902 | $ 0.03 | $ 0.07 | $ 175.48 | $ 216.22 | $ 391.77 |
| 39035 | $ 0.99 | $ 3.11 | $ - | $ 216.22 | $ 219.33 |
| 39110 | $ 9.65 | $ 28.74 | $ - | $ 216.22 | $ 244.96 |
| 39212 | $ 20.69 | $ 63.45 | $ - | $ 216.22 | $ 279.67 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 39273 | $ 0.89 | $ 2.65 | $ 175.48 | $ 216.22 | $ 394.35 |
| 39353 | $ 9.13 | $ 27.46 | $ 175.48 | $ 216.22 | $ 419.16 |
| 39397 | $ 3.82 | $ 13.27 | $ 175.48 | $ 216.22 | $ 404.97 |
| 39471 | $ 110.22 | $ 322.84 | $ - | $ 216.22 | $ 539.06 |
| 39520 | $ 11.73 | $ 35.16 | $ 175.48 | $ 216.22 | $ 426.86 |
| 39756 | $ 5.15 | $ 15.43 | $ 175.48 | $ 216.22 | $ 407.13 |
| 39762 | $ 91.72 | $ 291.82 | $ 175.48 | $ 216.22 | $ 683.52 |
| 39768 | $ 52.17 | $ 155.37 | $ - | $ 216.22 | $ 371.59 |
| 39811 | $ 0.84 | $ 2.16 | $ 175.48 | $ 216.22 | $ 393.86 |
| 39878 | $ 3.80 | $ 11.46 | $ - | $ 216.22 | $ 227.68 |
| 39886 | $ 1.89 | $ 5.75 | $ - | $ 216.22 | $ 221.97 |
| 39924 | $ 7.11 | $ 20.87 | $ 175.48 | $ 216.22 | $ 412.57 |
| 39942 | $ 291.60 | $ 895.66 | $ - | $ 216.22 | $ 1,111.88 |
| 39950 | $ 22.62 | $ 68.32 | $ - | $ 216.22 | $ 284.54 |
| 40025 | $ 6.88 | $ 21.64 | $ - | $ 216.22 | $ 237.86 |
| 40037 | $ 70.05 | $ 209.70 | $ - | $ 216.22 | $ 425.92 |
| 40109 | $ 0.90 | $ 2.77 | $ - | $ 216.22 | $ 218.99 |
| 40378 | $ 2.05 | $ 6.14 | $ - | $ 216.22 | $ 222.36 |
| 40387 | $ 4.72 | $ 14.16 | $ - | $ 216.22 | $ 230.38 |
| 40475 | $ 16.28 | $ 48.84 | $ 175.48 | $ 216.22 | $ 440.54 |
| 40488 | $ 0.04 | $ 0.10 | $ - | $ 216.22 | $ 216.32 |
| 40523 | $ 0.19 | $ 0.55 | $ - | $ 216.22 | $ 216.77 |
| 40578 | $ 0.42 | $ 1.25 | $ 175.48 | $ 216.22 | $ 392.95 |
| 40599 | $ 0.11 | $ 0.32 | $ 175.48 | $ 216.22 | $ 392.02 |
| 40603 | $ 2.31 | $ 6.89 | $ - | $ 216.22 | $ 223.11 |
| 40634 | $ 11.05 | $ 39.87 | $ - | $ 216.22 | $ 256.09 |
| 40649 | $ 4.65 | $ 13.55 | $ - | $ 216.22 | $ 229.77 |
| 40705 | $ 1.13 | $ 3.37 | $ - | $ 216.22 | $ 219.59 |
| 40719 | $ 0.80 | $ 2.39 | $ 175.48 | $ 216.22 | $ 394.09 |
| 40867 | $ 0.20 | $ 0.58 | $ 175.48 | $ 216.22 | $ 392.28 |
| 40944 | $ 24.16 | $ 72.39 | $ - | $ 216.22 | $ 288.61 |
| 40983 | $ 1.27 | $ 3.79 | $ 175.48 | $ 216.22 | $ 395.49 |
| 40986 | $ 0.60 | $ 1.79 | $ 175.48 | $ 216.22 | $ 393.49 |
| 41132 | $ 0.01 | $ 0.02 | $ - | $ 216.22 | $ 216.24 |
| 41172 | $ 2.02 | $ 6.04 | $ 175.48 | $ 216.22 | $ 397.74 |
| 41201 | $ 1.73 | $ 5.17 | $ 175.48 | $ 216.22 | $ 396.87 |
| 41209 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 41215 | $ 1.85 | $ 5.81 | $ - | $ 216.22 | $ 222.03 |
| 41232 | $ 0.02 | $ 0.05 | $ 175.48 | $ 216.22 | $ 391.75 |
| 41236 | $ 1.98 | $ 6.00 | $ - | $ 216.22 | $ 222.22 |
| 41237 | $ 0.55 | $ 1.64 | $ 175.48 | $ 216.22 | $ 393.34 |
| 41243 | $ 2.91 | $ 9.11 | $ - | $ 216.22 | $ 225.33 |
| 41270 | $ 1.59 | $ 4.97 | $ 175.48 | $ 216.22 | $ 396.67 |
| 41284 | $ 0.03 | $ 0.08 | $ 175.48 | $ 216.22 | $ 391.78 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 41388 | $ 0.75 | $ 2.25 | $ 175.48 | $ 216.22 | $ 393.95 |
| 41425 | $ 2.73 | $ 8.95 | $ 175.48 | $ 216.22 | $ 400.65 |
| 41516 | $ 8.58 | $ 25.72 | $ 175.48 | $ 216.22 | $ 417.42 |
| 41610 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 41611 | $ 0.46 | $ 1.36 | $ 175.48 | $ 216.22 | $ 393.06 |
| 41613 | $ 0.26 | $ 0.77 | $ 175.48 | $ 216.22 | $ 392.47 |
| 41616 | $ 0.85 | $ 2.53 | $ 175.48 | $ 216.22 | $ 394.23 |
| 41641 | $ 7.37 | $ 21.79 | $ 175.48 | $ 216.22 | $ 413.49 |
| 41655 | $ 12.67 | $ 32.77 | $ 175.48 | $ 216.22 | $ 424.47 |
| 41696 | $ 8.45 | $ 25.35 | $ 175.48 | $ 216.22 | $ 417.05 |
| 41710 | $ 2.05 | $ 6.14 | $ 175.48 | $ 216.22 | $ 397.84 |
| 41718 | $ 0.20 | $ 0.59 | $ 175.48 | $ 216.22 | $ 392.29 |
| 41815 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 41907 | $ 0.11 | $ 0.31 | $ 175.48 | $ 216.22 | $ 392.01 |
| 41951 | $ 0.02 | $ 0.06 | $ 175.48 | $ 216.22 | $ 391.76 |
| 41955 | $ 0.54 | $ 1.60 | $ 175.48 | $ 216.22 | $ 393.30 |
| 41959 | $ 12.54 | $ 36.87 | $ 175.48 | $ 216.22 | $ 428.57 |
| 41962 | $ 0.53 | $ 1.57 | $ 175.48 | $ 216.22 | $ 393.27 |
| 41966 | $ 0.11 | $ 0.32 | $ 175.48 | $ 216.22 | $ 392.02 |
| 42024 | $ 25.62 | $ 80.33 | $ - | $ 216.22 | $ 296.55 |
| 42059 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 42070 | $ 1.40 | $ 4.19 | $ 175.48 | $ 216.22 | $ 395.89 |
| 42127 | $ 12.14 | $ 36.42 | $ 175.48 | $ 216.22 | $ 428.12 |
| 42128 | $ 2.27 | $ 6.81 | $ 175.48 | $ 216.22 | $ 398.51 |
| 42211 | $ 4.26 | $ 12.76 | $ 175.48 | $ 216.22 | $ 404.46 |
| 42262 | $ 16.57 | $ 54.32 | $ - | $ 216.22 | $ 270.54 |
| 42267 | $ 19.80 | $ 58.40 | $ 175.48 | $ 216.22 | $ 450.10 |
| 42297 | $ 5.47 | $ 16.48 | $ 175.48 | $ 216.22 | $ 408.18 |
| 42298 | $ 32.70 | $ 98.08 | $ 175.48 | $ 216.22 | $ 489.78 |
| 42327 | $ 31.77 | $ 97.46 | $ 175.48 | $ 216.22 | $ 489.16 |
| 42332 | $ 0.04 | $ 0.12 | $ 175.48 | $ 216.22 | $ 391.82 |
| 42437 | $ 4.60 | $ 13.67 | $ 175.48 | $ 216.22 | $ 405.37 |
| 42476 | $ 0.02 | $ 0.04 | $ - | $ 216.22 | $ 216.26 |
| 42535 | $ 0.64 | $ 1.91 | $ 175.48 | $ 216.22 | $ 393.61 |
| 42537 | $ 1.50 | $ 4.50 | $ 175.48 | $ 216.22 | $ 396.20 |
| 42544 | $ 1.27 | $ 3.80 | $ 175.48 | $ 216.22 | $ 395.50 |
| 42546 | $ 2.42 | $ 7.47 | $ - | $ 216.22 | $ 223.69 |
| 42561 | $ 162.86 | $ 537.14 | $ - | $ 216.22 | $ 753.36 |
| 42715 | $ 1.65 | $ 10.13 | $ - | $ 216.22 | $ 226.35 |
| 42745 | $ 24.40 | $ 72.00 | $ - | $ 216.22 | $ 288.22 |
| 42755 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 42786 | $ 14.72 | $ 49.17 | $ - | $ 216.22 | $ 265.39 |
| 42830 | $ 0.73 | $ 2.18 | $ 175.48 | $ 216.22 | $ 393.88 |
| 42831 | $ 0.07 | $ 0.20 | $ 175.48 | $ 216.22 | $ 391.90 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 42832 | $ 0.03 | $ 0.07 | $ 175.48 | $ 216.22 | $ 391.77 |
| 42834 | $ 5.05 | $ 15.13 | $ 175.48 | $ 216.22 | $ 406.83 |
| 42851 | $ 14.66 | $ 43.97 | $ 175.48 | $ 216.22 | $ 435.67 |
| 42881 | $ 0.25 | $ 0.74 | $ 175.48 | $ 216.22 | $ 392.44 |
| 42884 | $ 2.11 | $ 5.61 | $ 175.48 | $ 216.22 | $ 397.31 |
| 42891 | $ 2.30 | $ 6.88 | $ 175.48 | $ 216.22 | $ 398.58 |
| 42894 | $ 2.30 | $ 6.96 | $ - | $ 216.22 | $ 223.18 |
| 42901 | $ 2.13 | $ 6.38 | $ 175.48 | $ 216.22 | $ 398.08 |
| 42918 | $ 1.27 | $ 3.80 | $ - | $ 216.22 | $ 220.02 |
| 42956 | $ 67.96 | $ 203.88 | $ 175.48 | $ 216.22 | $ 595.58 |
| 43065 | $ 17.34 | $ 54.99 | $ - | $ 216.22 | $ 271.21 |
| 43076 | $ 0.10 | $ 0.28 | $ 175.48 | $ 216.22 | $ 391.98 |
| 43077 | $ 1.60 | $ 4.78 | $ 175.48 | $ 216.22 | $ 396.48 |
| 43091 | $ 7.47 | $ 22.41 | $ 175.48 | $ 216.22 | $ 414.11 |
| 43093 | $ 28.36 | $ 85.07 | $ 175.48 | $ 216.22 | $ 476.77 |
| 43120 | $ 18.10 | $ 54.33 | $ 175.48 | $ 216.22 | $ 446.03 |
| 43174 | $ 62.49 | $ 194.86 | $ 175.48 | $ 216.22 | $ 586.56 |
| 43182 | $ 1.98 | $ 5.37 | $ 175.48 | $ 216.22 | $ 397.07 |
| 43212 | $ 8.91 | $ 26.71 | $ 175.48 | $ 216.22 | $ 418.41 |
| 43274 | $ 2.81 | $ 8.15 | $ 175.48 | $ 216.22 | $ 399.85 |
| 43311 | $ 0.10 | $ 0.28 | $ 175.48 | $ 216.22 | $ 391.98 |
| 43327 | $ 4.90 | $ 15.20 | $ 175.48 | $ 216.22 | $ 406.90 |
| 43337 | $ 3.45 | $ 10.34 | $ 175.48 | $ 216.22 | $ 402.04 |
| 43341 | $ 0.72 | $ 2.16 | $ - | $ 216.22 | $ 218.38 |
| 43395 | $ 0.22 | $ 0.66 | $ 175.48 | $ 216.22 | $ 392.36 |
| 43420 | $ 98.48 | $ 322.02 | $ 175.48 | $ 216.22 | $ 713.72 |
| 43433 | $ 0.04 | $ 0.10 | $ 175.48 | $ 216.22 | $ 391.80 |
| 43436 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 43479 | $ 2.92 | $ 8.74 | $ - | $ 216.22 | $ 224.96 |
| 43481 | $ 43.89 | $ 164.26 | $ 175.48 | $ 216.22 | $ 555.96 |
| 43497 | $ 0.26 | $ 1.26 | $ - | $ 216.22 | $ 217.48 |
| 43520 | $ 0.63 | $ 2.01 | $ 175.48 | $ 216.22 | $ 393.71 |
| 43524 | $ 8.00 | $ 22.07 | $ 175.48 | $ 216.22 | $ 413.77 |
| 43531 | $ 0.81 | $ 2.43 | $ 175.48 | $ 216.22 | $ 394.13 |
| 43550 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 43556 | $ 6.68 | $ 20.03 | $ 175.48 | $ 216.22 | $ 411.73 |
| 43558 | $ 0.49 | $ 1.28 | $ 175.48 | $ 216.22 | $ 392.98 |
| 43561 | $ 2.70 | $ 8.10 | $ 175.48 | $ 216.22 | $ 399.80 |
| 43571 | $ 4.34 | $ 13.02 | $ 175.48 | $ 216.22 | $ 404.72 |
| 43592 | $ 14.49 | $ 43.29 | $ 175.48 | $ 216.22 | $ 434.99 |
| 43594 | $ 0.70 | $ 2.09 | $ 175.48 | $ 216.22 | $ 393.79 |
| 43600 | $ 18.58 | $ 60.05 | $ - | $ 216.22 | $ 276.27 |
| 43601 | $ 4.60 | $ 13.79 | $ 175.48 | $ 216.22 | $ 405.49 |
| 43611 | $ 10.45 | $ 30.30 | $ - | $ 216.22 | $ 246.52 |

**EXHIBIT A 067**

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 43622 | $ 38.24 | $ 116.87 | $ 175.48 | $ 216.22 | $ 508.57 |
| 43645 | $ 0.64 | $ 1.89 | $ 175.48 | $ 216.22 | $ 393.59 |
| 43652 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 43711 | $ 0.01 | $ 0.02 | $ - | $ 216.22 | $ 216.24 |
| 43784 | $ 2.40 | $ 7.18 | $ 175.48 | $ 216.22 | $ 398.88 |
| 43792 | $ 5.24 | $ 15.60 | $ - | $ 216.22 | $ 231.82 |
| 43812 | $ 0.40 | $ 1.19 | $ 175.48 | $ 216.22 | $ 392.89 |
| 43823 | $ 0.25 | $ 0.75 | $ 175.48 | $ 216.22 | $ 392.45 |
| 43899 | $ 0.93 | $ 2.77 | $ 175.48 | $ 216.22 | $ 394.47 |
| 43903 | $ 2.31 | $ 7.11 | $ - | $ 216.22 | $ 223.33 |
| 43910 | $ 0.09 | $ 0.27 | $ 175.48 | $ 216.22 | $ 391.97 |
| 43919 | $ 15.29 | $ 55.25 | $ - | $ 216.22 | $ 271.47 |
| 43944 | $ 0.91 | $ 2.72 | $ 175.48 | $ 216.22 | $ 394.42 |
| 43978 | $ 0.39 | $ 1.15 | $ 175.48 | $ 216.22 | $ 392.85 |
| 44019 | $ 93.26 | $ 272.77 | $ 175.48 | $ 216.22 | $ 664.47 |
| 44162 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 44197 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 44232 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 44276 | $ 2.24 | $ 6.70 | $ 175.48 | $ 216.22 | $ 398.40 |
| 44295 | $ 0.22 | $ 0.65 | $ 175.48 | $ 216.22 | $ 392.35 |
| 44298 | $ 0.31 | $ 0.92 | $ 175.48 | $ 216.22 | $ 392.62 |
| 44314 | $ 0.41 | $ 1.22 | $ 175.48 | $ 216.22 | $ 392.92 |
| 44334 | $ 0.11 | $ 0.32 | $ 175.48 | $ 216.22 | $ 392.02 |
| 44343 | $ 0.19 | $ 0.55 | $ 175.48 | $ 216.22 | $ 392.25 |
| 44353 | $ 0.68 | $ 2.02 | $ 175.48 | $ 216.22 | $ 393.72 |
| 44371 | $ 4.71 | $ 14.12 | $ 175.48 | $ 216.22 | $ 405.82 |
| 44374 | $ 1.32 | $ 4.14 | $ - | $ 216.22 | $ 220.36 |
| 44385 | $ 0.03 | $ 0.07 | $ 175.48 | $ 216.22 | $ 391.77 |
| 44426 | $ 188.25 | $ 586.87 | $ - | $ 216.22 | $ 803.09 |
| 44433 | $ 2.95 | $ 9.85 | $ - | $ 216.22 | $ 226.07 |
| 44490 | $ 0.28 | $ 0.84 | $ 175.48 | $ 216.22 | $ 392.54 |
| 44491 | $ 3.56 | $ 10.68 | $ 175.48 | $ 216.22 | $ 402.38 |
| 44506 | $ 3.91 | $ 11.73 | $ 175.48 | $ 216.22 | $ 403.43 |
| 44507 | $ 0.09 | $ 0.25 | $ 175.48 | $ 216.22 | $ 391.95 |
| 44518 | $ 0.47 | $ 1.41 | $ 175.48 | $ 216.22 | $ 393.11 |
| 44524 | $ 0.04 | $ 0.10 | $ 175.48 | $ 216.22 | $ 391.80 |
| 44529 | $ 55.32 | $ 164.92 | $ - | $ 216.22 | $ 381.14 |
| 44544 | $ 0.71 | $ 2.11 | $ 175.48 | $ 216.22 | $ 393.81 |
| 44566 | $ 1.52 | $ 4.56 | $ 175.48 | $ 216.22 | $ 396.26 |
| 44591 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 44667 | $ 2.91 | $ 8.72 | $ 175.48 | $ 216.22 | $ 400.42 |
| 44677 | $ 1.74 | $ 5.42 | $ 175.48 | $ 216.22 | $ 397.12 |
| 44697 | $ 145.33 | $ 436.35 | $ - | $ 216.22 | $ 652.57 |
| 44705 | $ 8.73 | $ 26.09 | $ 175.48 | $ 216.22 | $ 417.79 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 44706 | $ 0.66 | $ 2.14 | $ 175.48 | $ 216.22 | $ 393.84 |
| 44735 | $ 0.02 | $ 0.05 | $ 175.48 | $ 216.22 | $ 391.75 |
| 44752 | $ 0.23 | $ 0.69 | $ 175.48 | $ 216.22 | $ 392.39 |
| 44792 | $ 0.29 | $ 0.87 | $ 175.48 | $ 216.22 | $ 392.57 |
| 44806 | $ 7.58 | $ 18.93 | $ 175.48 | $ 216.22 | $ 410.63 |
| 44820 | $ 2.04 | $ 6.12 | $ 175.48 | $ 216.22 | $ 397.82 |
| 44824 | $ 0.68 | $ 2.03 | $ 175.48 | $ 216.22 | $ 393.73 |
| 44838 | $ 0.52 | $ 1.55 | $ 175.48 | $ 216.22 | $ 393.25 |
| 44857 | $ 3.55 | $ 10.63 | $ 175.48 | $ 216.22 | $ 402.33 |
| 44872 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 44879 | $ 29.25 | $ 100.30 | $ - | $ 216.22 | $ 316.52 |
| 44884 | $ 0.02 | $ 0.04 | $ 175.48 | $ 216.22 | $ 391.74 |
| 44907 | $ 0.36 | $ 1.08 | $ 175.48 | $ 216.22 | $ 392.78 |
| 44908 | $ 0.03 | $ 0.08 | $ 175.48 | $ 216.22 | $ 391.78 |
| 44927 | $ 2.39 | $ 7.15 | $ 175.48 | $ 216.22 | $ 398.85 |
| 44949 | $ 0.14 | $ 0.42 | $ 175.48 | $ 216.22 | $ 392.12 |
| 44954 | $ 0.58 | $ 1.73 | $ 175.48 | $ 216.22 | $ 393.43 |
| 44964 | $ 1.48 | $ 4.42 | $ - | $ 216.22 | $ 220.64 |
| 44967 | $ 0.67 | $ 2.01 | $ 175.48 | $ 216.22 | $ 393.71 |
| 44987 | $ 36.74 | $ 111.34 | $ 175.48 | $ 216.22 | $ 503.04 |
| 45004 | $ 0.44 | $ 1.48 | $ - | $ 216.22 | $ 217.70 |
| 45044 | $ 0.11 | $ 0.33 | $ 175.48 | $ 216.22 | $ 392.03 |
| 45047 | $ 0.09 | $ 0.26 | $ 175.48 | $ 216.22 | $ 391.96 |
| 45065 | $ 6.81 | $ 23.17 | $ - | $ 216.22 | $ 239.39 |
| 45078 | $ 1.14 | $ 3.40 | $ 175.48 | $ 216.22 | $ 395.10 |
| 45093 | $ 1.37 | $ 4.09 | $ 175.48 | $ 216.22 | $ 395.79 |
| 45106 | $ 0.09 | $ 0.26 | $ 175.48 | $ 216.22 | $ 391.96 |
| 45132 | $ 1.25 | $ 3.74 | $ 175.48 | $ 216.22 | $ 395.44 |
| 45153 | $ 0.64 | $ 1.92 | $ 175.48 | $ 216.22 | $ 393.62 |
| 45167 | $ 0.20 | $ 0.59 | $ 175.48 | $ 216.22 | $ 392.29 |
| 45171 | $ 0.11 | $ 0.33 | $ 175.48 | $ 216.22 | $ 392.03 |
| 45199 | $ 0.12 | $ 0.36 | $ 175.48 | $ 216.22 | $ 392.06 |
| 45208 | $ 0.02 | $ 0.05 | $ 175.48 | $ 216.22 | $ 391.75 |
| 45210 | $ 0.84 | $ 2.51 | $ 175.48 | $ 216.22 | $ 394.21 |
| 45238 | $ 0.36 | $ 1.08 | $ 175.48 | $ 216.22 | $ 392.78 |
| 45253 | $ 0.26 | $ 0.76 | $ 175.48 | $ 216.22 | $ 392.46 |
| 45259 | $ 0.17 | $ 0.50 | $ 175.48 | $ 216.22 | $ 392.20 |
| 45271 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 45274 | $ 4.78 | $ 14.98 | $ - | $ 216.22 | $ 231.20 |
| 45299 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 45300 | $ 0.51 | $ 1.52 | $ 175.48 | $ 216.22 | $ 393.22 |
| 45378 | $ 3.81 | $ 11.36 | $ - | $ 216.22 | $ 227.58 |
| 45425 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 45427 | $ 0.08 | $ 0.23 | $ 175.48 | $ 216.22 | $ 391.93 |

**EXHIBIT A 069**

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 45432 | $ 0.01 | $ 0.03 | $ - | $ 216.22 | $ 216.25 |
| 45436 | $ 15.07 | $ 67.36 | $ - | $ 216.22 | $ 283.58 |
| 45441 | $ 1.65 | $ 5.02 | $ 175.48 | $ 216.22 | $ 396.72 |
| 45472 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 45484 | $ 0.11 | $ 0.33 | $ 175.48 | $ 216.22 | $ 392.03 |
| 45537 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 45565 | $ 3.71 | $ 10.93 | $ - | $ 216.22 | $ 227.15 |
| 45604 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 45674 | $ 1.71 | $ 3.72 | $ - | $ 216.22 | $ 219.94 |
| 45694 | $ 0.08 | $ 0.22 | $ 175.48 | $ 216.22 | $ 391.92 |
| 45695 | $ 1.46 | $ 4.86 | $ 175.48 | $ 216.22 | $ 396.56 |
| 45704 | $ 0.02 | $ 0.04 | $ 175.48 | $ 216.22 | $ 391.74 |
| 45707 | $ 4.27 | $ 15.65 | $ - | $ 216.22 | $ 231.87 |
| 45736 | $ 0.06 | $ 0.16 | $ 175.48 | $ 216.22 | $ 391.86 |
| 45753 | $ 1.42 | $ 4.32 | $ 175.48 | $ 216.22 | $ 396.02 |
| 45759 | $ 0.26 | $ 0.78 | $ 175.48 | $ 216.22 | $ 392.48 |
| 45781 | $ 4.99 | $ 14.95 | $ 175.48 | $ 216.22 | $ 406.65 |
| 45810 | $ 17.36 | $ 46.02 | $ 175.48 | $ 216.22 | $ 437.72 |
| 45818 | $ 14.52 | $ 54.46 | $ - | $ 216.22 | $ 270.68 |
| 45828 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 45834 | $ 1.07 | $ 3.20 | $ 175.48 | $ 216.22 | $ 394.90 |
| 45848 | $ 5.61 | $ 16.81 | $ 175.48 | $ 216.22 | $ 408.51 |
| 45862 | $ 3.05 | $ 9.41 | $ 175.48 | $ 216.22 | $ 401.11 |
| 45864 | $ 1.28 | $ 3.84 | $ - | $ 216.22 | $ 220.06 |
| 45910 | $ 0.16 | $ 0.48 | $ 175.48 | $ 216.22 | $ 392.18 |
| 45913 | $ 0.08 | $ 0.23 | $ 175.48 | $ 216.22 | $ 391.93 |
| 45922 | $ 5.05 | $ 16.53 | $ - | $ 216.22 | $ 232.75 |
| 45965 | $ 50.26 | $ 152.15 | $ 175.48 | $ 216.22 | $ 543.85 |
| 45979 | $ 1.69 | $ 5.91 | $ - | $ 216.22 | $ 222.13 |
| 46010 | $ 17.00 | $ 54.11 | $ - | $ 216.22 | $ 270.33 |
| 46028 | $ 0.04 | $ 0.11 | $ 175.48 | $ 216.22 | $ 391.81 |
| 46040 | $ 0.88 | $ 2.63 | $ 175.48 | $ 216.22 | $ 394.33 |
| 46043 | $ 0.15 | $ 0.43 | $ 175.48 | $ 216.22 | $ 392.13 |
| 46057 | $ 3.81 | $ 11.49 | $ - | $ 216.22 | $ 227.71 |
| 46084 | $ 0.13 | $ 0.38 | $ 175.48 | $ 216.22 | $ 392.08 |
| 46115 | $ 0.14 | $ 0.36 | $ 175.48 | $ 216.22 | $ 392.06 |
| 46137 | $ 3.79 | $ 11.47 | $ 175.48 | $ 216.22 | $ 403.17 |
| 46162 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 46186 | $ 0.05 | $ 0.14 | $ 175.48 | $ 216.22 | $ 391.84 |
| 46187 | $ 0.56 | $ 1.81 | $ - | $ 216.22 | $ 218.03 |
| 46195 | $ 1.83 | $ 5.48 | $ 175.48 | $ 216.22 | $ 397.18 |
| 46200 | $ 0.24 | $ 0.71 | $ 175.48 | $ 216.22 | $ 392.41 |
| 46229 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 46258 | $ 73.67 | $ 229.87 | $ - | $ 216.22 | $ 446.09 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 46277 | $ 27.58 | $ 88.16 | $ - | $ 216.22 | $ 304.38 |
| 46289 | $ 3.19 | $ 9.66 | $ 175.48 | $ 216.22 | $ 401.36 |
| 46324 | $ 33.38 | $ 106.34 | $ - | $ 216.22 | $ 322.56 |
| 46360 | $ 2.90 | $ 8.68 | $ 175.48 | $ 216.22 | $ 400.38 |
| 46378 | $ 0.05 | $ 0.15 | $ 175.48 | $ 216.22 | $ 391.85 |
| 46383 | $ 2.98 | $ 9.21 | $ - | $ 216.22 | $ 225.43 |
| 46400 | $ 3.24 | $ 10.04 | $ 175.48 | $ 216.22 | $ 401.74 |
| 46418 | $ 4.13 | $ 12.37 | $ 175.48 | $ 216.22 | $ 404.07 |
| 46478 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 46501 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 46511 | $ 0.05 | $ 0.15 | $ 175.48 | $ 216.22 | $ 391.85 |
| 46525 | $ 1.21 | $ 3.61 | $ 175.48 | $ 216.22 | $ 395.31 |
| 46527 | $ 8.17 | $ 25.09 | $ - | $ 216.22 | $ 241.31 |
| 46543 | $ 30.72 | $ 92.16 | $ - | $ 216.22 | $ 308.38 |
| 46559 | $ 0.06 | $ 0.18 | $ - | $ 216.22 | $ 216.40 |
| 46560 | $ 0.06 | $ 0.16 | $ 175.48 | $ 216.22 | $ 391.86 |
| 46565 | $ 1.56 | $ 4.53 | $ 175.48 | $ 216.22 | $ 396.23 |
| 46574 | $ 2.81 | $ 8.42 | $ 175.48 | $ 216.22 | $ 400.12 |
| 46576 | $ 0.01 | $ 0.01 | $ - | $ 216.22 | $ 216.23 |
| 46581 | $ 27.23 | $ 89.88 | $ - | $ 216.22 | $ 306.10 |
| 46617 | $ 0.03 | $ 0.08 | $ 175.48 | $ 216.22 | $ 391.78 |
| 46621 | $ 3.72 | $ 9.55 | $ - | $ 216.22 | $ 225.77 |
| 46628 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 46630 | $ 2.43 | $ 7.29 | $ 175.48 | $ 216.22 | $ 398.99 |
| 46635 | $ 0.68 | $ 2.04 | $ 175.48 | $ 216.22 | $ 393.74 |
| 46650 | $ 6.55 | $ 20.40 | $ 175.48 | $ 216.22 | $ 412.10 |
| 46670 | $ 2.38 | $ 7.13 | $ 175.48 | $ 216.22 | $ 398.83 |
| 46675 | $ 0.03 | $ 0.45 | $ - | $ 216.22 | $ 216.67 |
| 46694 | $ 0.15 | $ 0.45 | $ - | $ 216.22 | $ 216.67 |
| 46719 | $ 0.36 | $ 1.07 | $ - | $ 216.22 | $ 217.29 |
| 46727 | $ 51.64 | $ 167.20 | $ - | $ 216.22 | $ 383.42 |
| 46769 | $ 0.03 | $ 0.07 | $ 175.48 | $ 216.22 | $ 391.77 |
| 46787 | $ 0.45 | $ 2.76 | $ - | $ 216.22 | $ 218.98 |
| 46800 | $ 2.26 | $ 6.76 | $ 175.48 | $ 216.22 | $ 398.46 |
| 46856 | $ 2.16 | $ 6.40 | $ 175.48 | $ 216.22 | $ 398.10 |
| 46857 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 46885 | $ 2.91 | $ 7.97 | $ 175.48 | $ 216.22 | $ 399.67 |
| 46891 | $ 0.38 | $ 1.29 | $ 175.48 | $ 216.22 | $ 392.99 |
| 46920 | $ 0.07 | $ 0.24 | $ 175.48 | $ 216.22 | $ 391.94 |
| 46923 | $ 7.44 | $ 22.31 | $ 175.48 | $ 216.22 | $ 414.01 |
| 46924 | $ 1.84 | $ 5.14 | $ - | $ 216.22 | $ 221.36 |
| 46926 | $ 3.95 | $ 13.71 | $ - | $ 216.22 | $ 229.93 |
| 46942 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 46943 | $ 0.12 | $ 0.34 | $ 175.48 | $ 216.22 | $ 392.04 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 46973 | $ 2.86 | $ 11.13 | $ - | $ 216.22 | $ 227.35 |
| 46975 | $ 1.23 | $ 4.76 | $ - | $ 216.22 | $ 220.98 |
| 46978 | $ 0.03 | $ 0.08 | $ - | $ 216.22 | $ 216.30 |
| 47070 | $ 0.17 | $ 0.50 | $ 175.48 | $ 216.22 | $ 392.20 |
| 47116 | $ 10.00 | $ 34.66 | $ - | $ 216.22 | $ 250.88 |
| 47159 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 47194 | $ 22.65 | $ 71.43 | $ - | $ 216.22 | $ 287.65 |
| 47207 | $ 8.18 | $ 22.37 | $ 175.48 | $ 216.22 | $ 414.07 |
| 47213 | $ 0.22 | $ 0.64 | $ 175.48 | $ 216.22 | $ 392.34 |
| 47283 | $ 0.18 | $ 0.52 | $ 175.48 | $ 216.22 | $ 392.22 |
| 47294 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 47331 | $ 0.08 | $ 0.24 | $ 175.48 | $ 216.22 | $ 391.94 |
| 47348 | $ 0.02 | $ 0.04 | $ 175.48 | $ 216.22 | $ 391.74 |
| 47370 | $ 0.49 | $ 1.45 | $ 175.48 | $ 216.22 | $ 393.15 |
| 47388 | $ 0.02 | $ 0.06 | $ 175.48 | $ 216.22 | $ 391.76 |
| 47394 | $ 5.84 | $ 17.93 | $ - | $ 216.22 | $ 234.15 |
| 47419 | $ 0.44 | $ 1.42 | $ - | $ 216.22 | $ 217.64 |
| 47422 | $ 0.33 | $ 0.77 | $ 175.48 | $ 216.22 | $ 392.47 |
| 47458 | $ 4.51 | $ 13.52 | $ - | $ 216.22 | $ 229.74 |
| 47466 | $ 57.09 | $ 170.64 | $ - | $ 216.22 | $ 386.86 |
| 47468 | $ 0.09 | $ 0.25 | $ 175.48 | $ 216.22 | $ 391.95 |
| 47526 | $ 0.91 | $ 2.72 | $ 175.48 | $ 216.22 | $ 394.42 |
| 47538 | $ 5.85 | $ 17.53 | $ 175.48 | $ 216.22 | $ 409.23 |
| 47560 | $ 0.02 | $ 0.05 | $ 175.48 | $ 216.22 | $ 391.75 |
| 47585 | $ 0.22 | $ 0.65 | $ 175.48 | $ 216.22 | $ 392.35 |
| 47591 | $ 0.18 | $ 0.53 | $ 175.48 | $ 216.22 | $ 392.23 |
| 47818 | $ 0.89 | $ 2.65 | $ 175.48 | $ 216.22 | $ 394.35 |
| 47884 | $ 4.55 | $ 17.77 | $ 175.48 | $ 216.22 | $ 409.47 |
| 47925 | $ 0.17 | $ 0.50 | $ - | $ 216.22 | $ 216.72 |
| 47951 | $ 0.13 | $ 0.37 | $ 175.48 | $ 216.22 | $ 392.07 |
| 47952 | $ 0.10 | $ 0.28 | $ 175.48 | $ 216.22 | $ 391.98 |
| 47955 | $ 4.70 | $ 15.36 | $ - | $ 216.22 | $ 231.58 |
| 47956 | $ 4.79 | $ 14.83 | $ 175.48 | $ 216.22 | $ 406.53 |
| 47962 | $ 0.04 | $ 0.10 | $ - | $ 216.22 | $ 216.32 |
| 47975 | $ 10.35 | $ 40.24 | $ - | $ 216.22 | $ 256.46 |
| 47997 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 48027 | $ 0.05 | $ 0.21 | $ - | $ 216.22 | $ 216.43 |
| 48066 | $ 0.88 | $ 3.24 | $ - | $ 216.22 | $ 219.46 |
| 48067 | $ 0.26 | $ 0.77 | $ - | $ 216.22 | $ 216.99 |
| 48071 | $ 1.48 | $ 4.95 | $ 175.48 | $ 216.22 | $ 396.65 |
| 48083 | $ 0.08 | $ 0.22 | $ 175.48 | $ 216.22 | $ 391.92 |
| 48087 | $ 1.15 | $ 3.45 | $ 175.48 | $ 216.22 | $ 395.15 |
| 48159 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 48167 | $ 23.75 | $ 115.85 | $ - | $ 216.22 | $ 332.07 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 48172 | $ 0.51 | $ 1.55 | $ - | $ 216.22 | $ 217.77 |
| 48176 | $ 25.25 | $ 81.93 | $ - | $ 216.22 | $ 298.15 |
| 48195 | $ 2.56 | $ 7.67 | $ 175.48 | $ 216.22 | $ 399.37 |
| 48206 | $ 0.07 | $ 0.19 | $ 175.48 | $ 216.22 | $ 391.89 |
| 48214 | $ 0.01 | $ 0.03 | $ 175.48 | $ 216.22 | $ 391.73 |
| 48216 | $ 56.93 | $ 191.19 | $ 175.48 | $ 216.22 | $ 582.89 |
| 48249 | $ 1.91 | $ 6.17 | $ - | $ 216.22 | $ 222.39 |
| 48281 | $ 9.14 | $ 34.22 | $ - | $ 216.22 | $ 250.44 |
| 48363 | $ 0.04 | $ 0.12 | $ 175.48 | $ 216.22 | $ 391.82 |
| 48366 | $ 15.40 | $ 55.18 | $ - | $ 216.22 | $ 271.40 |
| 48375 | $ 21.51 | $ 55.16 | $ 175.48 | $ 216.22 | $ 446.86 |
| 48424 | $ 1.02 | $ 3.69 | $ - | $ 216.22 | $ 219.91 |
| 48440 | $ 1.72 | $ 5.49 | $ - | $ 216.22 | $ 221.71 |
| 48442 | $ 0.05 | $ 0.13 | $ 175.48 | $ 216.22 | $ 391.83 |
| 48469 | $ 0.24 | $ 0.74 | $ 175.48 | $ 216.22 | $ 392.44 |
| 48496 | $ 2.45 | $ 7.59 | $ 175.48 | $ 216.22 | $ 399.29 |
| 48529 | $ 1.93 | $ 6.33 | $ 175.48 | $ 216.22 | $ 398.03 |
| 48625 | $ 0.55 | $ 1.97 | $ 175.48 | $ 216.22 | $ 393.67 |
| 48670 | $ 9.53 | $ 31.75 | $ 175.48 | $ 216.22 | $ 423.45 |
| 48714 | $ 0.65 | $ 2.59 | $ 175.48 | $ 216.22 | $ 394.29 |
| 48948 | $ 1.72 | $ 5.22 | $ - | $ 216.22 | $ 221.44 |
| 49007 | $ 9.52 | $ 37.25 | $ - | $ 216.22 | $ 253.47 |
| 49015 | $ 2.94 | $ 9.08 | $ - | $ 216.22 | $ 225.30 |
| 49034 | $ 153.22 | $ 539.39 | $ - | $ 216.22 | $ 755.61 |
| 49064 | $ 0.46 | $ 1.40 | $ 175.48 | $ 216.22 | $ 393.10 |
| 49078 | $ 0.89 | $ 3.00 | $ 175.48 | $ 216.22 | $ 394.70 |
| 49093 | $ 0.33 | $ 1.10 | $ 175.48 | $ 216.22 | $ 392.80 |
| 49104 | $ 18.13 | $ 61.09 | $ 175.48 | $ 216.22 | $ 452.79 |
| 49125 | $ 0.33 | $ 1.14 | $ 175.48 | $ 216.22 | $ 392.84 |
| 49132 | $ 0.03 | $ 0.09 | $ - | $ 216.22 | $ 216.31 |
| 49216 | $ 2.26 | $ 10.46 | $ 175.48 | $ 216.22 | $ 402.16 |
| 49224 | $ 5.91 | $ 21.99 | $ 175.48 | $ 216.22 | $ 413.69 |
| 49469 | $ 0.08 | $ 0.32 | $ 175.48 | $ 216.22 | $ 392.02 |
| 49483 | $ 1.67 | $ 6.13 | $ - | $ 216.22 | $ 222.35 |
| 49532 | $ 0.17 | $ 0.75 | $ - | $ 216.22 | $ 216.97 |
| 49582 | $ 0.11 | $ 0.50 | $ 175.48 | $ 216.22 | $ 392.20 |
| 49585 | $ 0.02 | $ 0.08 | $ - | $ 216.22 | $ 216.30 |
| 49623 | $ 2.53 | $ 8.08 | $ 175.48 | $ 216.22 | $ 399.78 |
| 49627 | $ 0.04 | $ 0.10 | $ - | $ 216.22 | $ 216.32 |
| 49629 | $ 4.99 | $ 19.79 | $ - | $ 216.22 | $ 236.01 |
| 49636 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 49657 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 49682 | $ 0.19 | $ 0.62 | $ 175.48 | $ 216.22 | $ 392.32 |
| 49712 | $ 0.01 | $ 0.05 | $ 175.48 | $ 216.22 | $ 391.75 |

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 49729 | $ 0.58 | $ 1.82 | $ 175.48 | $ 216.22 | $ 393.52 |
| 49731 | $ 0.18 | $ 0.78 | $ - | $ 216.22 | $ 217.00 |
| 49734 | $ 0.15 | $ 0.47 | $ - | $ 216.22 | $ 216.69 |
| 49739 | $ 0.65 | $ 2.19 | $ - | $ 216.22 | $ 218.41 |
| 49741 | $ 0.02 | $ 0.04 | $ 175.48 | $ 216.22 | $ 391.74 |
| 49755 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 49781 | $ 1.17 | $ 4.36 | $ - | $ 216.22 | $ 220.58 |
| 49788 | $ 0.95 | $ 3.17 | $ - | $ 216.22 | $ 219.39 |
| 49816 | $ 0.93 | $ 2.92 | $ - | $ 216.22 | $ 219.14 |
| 49848 | $ 2.45 | $ 8.68 | $ 175.48 | $ 216.22 | $ 400.38 |
| 49880 | $ 0.05 | $ 0.22 | $ 175.48 | $ 216.22 | $ 391.92 |
| 49882 | $ 0.05 | $ 0.18 | $ - | $ 216.22 | $ 216.40 |
| 49890 | $ 1.78 | $ 6.02 | $ - | $ 216.22 | $ 222.24 |
| 49896 | $ 3.92 | $ 12.30 | $ - | $ 216.22 | $ 228.52 |
| 49897 | $ 1.81 | $ 5.52 | $ - | $ 216.22 | $ 221.74 |
| 49903 | $ 3.80 | $ 12.81 | $ - | $ 216.22 | $ 229.03 |
| 49905 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 49907 | $ 0.54 | $ 2.06 | $ - | $ 216.22 | $ 218.28 |
| 49914 | $ 0.21 | $ 0.73 | $ - | $ 216.22 | $ 216.95 |
| 49957 | $ 0.02 | $ 0.05 | $ - | $ 216.22 | $ 216.27 |
| 50021 | $ 0.69 | $ 2.14 | $ - | $ 216.22 | $ 218.36 |
| 50026 | $ 2.60 | $ 8.30 | $ - | $ 216.22 | $ 224.52 |
| 50027 | $ 0.43 | $ 1.28 | $ - | $ 216.22 | $ 217.50 |
| 50059 | $ 0.63 | $ 1.89 | $ 175.48 | $ 216.22 | $ 393.59 |
| 50096 | $ 1.62 | $ 6.04 | $ - | $ 216.22 | $ 222.26 |
| 50099 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 50114 | $ 0.18 | $ 0.56 | $ - | $ 216.22 | $ 216.78 |
| 50122 | $ 0.31 | $ 1.06 | $ 175.48 | $ 216.22 | $ 392.76 |
| 50151 | $ 0.25 | $ 0.73 | $ 175.48 | $ 216.22 | $ 392.43 |
| 50152 | $ 0.11 | $ 0.35 | $ - | $ 216.22 | $ 216.57 |
| 50204 | $ 0.85 | $ 2.75 | $ - | $ 216.22 | $ 218.97 |
| 50205 | $ 0.01 | $ 0.02 | $ 175.48 | $ 216.22 | $ 391.72 |
| 50232 | $ 0.27 | $ 1.15 | $ - | $ 216.22 | $ 217.37 |
| 50241 | $ 0.01 | $ 0.01 | $ 175.48 | $ 216.22 | $ 391.71 |
| 50267 | $ 0.15 | $ 0.46 | $ 175.48 | $ 216.22 | $ 392.16 |
| 50311 | $ 0.02 | $ 0.10 | $ - | $ 216.22 | $ 216.32 |
| 50313 | $ 0.58 | $ 2.22 | $ 175.48 | $ 216.22 | $ 393.92 |
| 50317 | $ 0.01 | $ 0.02 | $ - | $ 216.22 | $ 216.24 |
| 50319 | $ 1.08 | $ 3.30 | $ - | $ 216.22 | $ 219.52 |
| 50333 | $ 6.99 | $ 22.22 | $ - | $ 216.22 | $ 238.44 |
| 50357 | $ 0.01 | $ 0.01 | $ - | $ 216.22 | $ 216.23 |
| 50362 | $ 1.28 | $ 3.84 | $ - | $ 216.22 | $ 220.06 |
| 50374 | $ 0.34 | $ 1.26 | $ - | $ 216.22 | $ 217.48 |
| 50377 | $ 1.64 | $ 4.94 | $ - | $ 216.22 | $ 221.16 |

**EXHIBIT A 074**

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 50379 | $ 0.04 | $ 0.15 | $ - | $ 216.22 | $ 216.37 |
| 50381 | $ 0.01 | $ 0.04 | $ 175.48 | $ 216.22 | $ 391.74 |
| 50411 | $ 0.53 | $ 1.87 | $ - | $ 216.22 | $ 218.09 |
| 50428 | $ 0.02 | $ 0.06 | $ 175.48 | $ 216.22 | $ 391.76 |
| 50437 | $ 0.11 | $ 0.37 | $ - | $ 216.22 | $ 216.59 |
| 50441 | $ 0.37 | $ 1.32 | $ 175.48 | $ 216.22 | $ 393.02 |
| 50455 | $ 0.74 | $ 2.82 | $ 175.48 | $ 216.22 | $ 394.52 |
| 50497 | $ 0.11 | $ 0.57 | $ - | $ 216.22 | $ 216.79 |
| 50514 | $ 1.00 | $ 3.70 | $ - | $ 216.22 | $ 219.92 |
| 50531 | $ 0.17 | $ 0.57 | $ - | $ 216.22 | $ 216.79 |
| 50554 | $ 0.04 | $ 0.16 | $ 175.48 | $ 216.22 | $ 391.86 |
| 50557 | $ 0.96 | $ 2.77 | $ - | $ 216.22 | $ 218.99 |
| 50562 | $ 0.06 | $ 0.16 | $ 175.48 | $ 216.22 | $ 391.86 |
| 50567 | $ 1.72 | $ 5.15 | $ - | $ 216.22 | $ 221.37 |
| 50582 | $ 0.49 | $ 1.63 | $ - | $ 216.22 | $ 217.85 |
| 50630 | $ 0.05 | $ 0.15 | $ - | $ 216.22 | $ 216.37 |
| 50632 | $ 0.25 | $ 0.73 | $ - | $ 216.22 | $ 216.95 |
| 50834 | $ 0.15 | $ 0.45 | $ - | $ 216.22 | $ 216.67 |
| 50851 | $ 0.06 | $ 0.18 | $ - | $ 216.22 | $ 216.40 |
| 50854 | $ 0.70 | $ 2.10 | $ 175.48 | $ 216.22 | $ 393.80 |
| 50895 | $ 0.36 | $ 1.12 | $ - | $ 216.22 | $ 217.34 |
| 50897 | $ 0.09 | $ 0.26 | $ - | $ 216.22 | $ 216.48 |
| 50905 | $ 0.07 | $ 0.19 | $ 175.48 | $ 216.22 | $ 391.89 |
| 50915 | $ 0.03 | $ 0.14 | $ - | $ 216.22 | $ 216.36 |
| 50939 | $ 1.26 | $ 3.95 | $ - | $ 216.22 | $ 220.17 |
| 50945 | $ 2.01 | $ 6.03 | $ 175.48 | $ 216.22 | $ 397.73 |
| 50960 | $ 0.40 | $ 1.24 | $ - | $ 216.22 | $ 217.46 |
| 50975 | $ 0.03 | $ 0.07 | $ - | $ 216.22 | $ 216.29 |
| 51010 | $ 0.05 | $ 0.19 | $ - | $ 216.22 | $ 216.41 |
| 51074 | $ 0.46 | $ 1.69 | $ 175.48 | $ 216.22 | $ 393.39 |
| 51080 | $ 0.74 | $ 2.24 | $ - | $ 216.22 | $ 218.46 |
| 51099 | $ 0.02 | $ 0.04 | $ - | $ 216.22 | $ 216.26 |
| 51107 | $ 1.06 | $ 3.74 | $ - | $ 216.22 | $ 219.96 |
| 51110 | $ 0.02 | $ 0.05 | $ 175.48 | $ 216.22 | $ 391.75 |
| 51117 | $ 0.07 | $ 0.23 | $ - | $ 216.22 | $ 216.45 |
| 51126 | $ 0.11 | $ 0.35 | $ - | $ 216.22 | $ 216.57 |
| 51127 | $ 0.11 | $ 0.32 | $ - | $ 216.22 | $ 216.54 |
| 51132 | $ 0.03 | $ 0.18 | $ - | $ 216.22 | $ 216.40 |
| 51133 | $ 0.06 | $ 0.18 | $ - | $ 216.22 | $ 216.40 |
| 51137 | $ 0.35 | $ 1.15 | $ - | $ 216.22 | $ 217.37 |
| 51153 | $ 0.07 | $ 0.19 | $ - | $ 216.22 | $ 216.41 |
| 51157 | $ 0.01 | $ 0.02 | $ - | $ 216.22 | $ 216.24 |
| 51161 | $ 0.01 | $ 0.02 | $ - | $ 216.22 | $ 216.24 |
| 51181 | $ 0.01 | $ 0.06 | $ - | $ 216.22 | $ 216.28 |

**EXHIBIT A 075**

| Employee ID | Daily OT (0.5) | Daily OT (1.5) | Former Employee Recovery | Share of Remaining Amount | Total Projected Recovery |
|---|---|---|---|---|---|
| 51194 | $ 0.34 | $ 1.04 | $ - | $ 216.22 | $ 217.26 |
| 51201 | $ 0.98 | $ 2.99 | $ - | $ 216.22 | $ 219.21 |
| 51224 | $ 0.01 | $ 0.03 | $ - | $ 216.22 | $ 216.25 |
| **Total** | **$ 5,849.00** | **$ 18,282.96** | **$ 73,350.00** | **$ 152,867.04** | **$ 244,500.00** |

**EXHIBIT A 076**