IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN TAYLOR, individually and on
behalf of all others similarly situated, and
PAULISA FIELDS,

    Plaintiff,

v.

WEST MARINE PRODUCTS INC,

    Defendant.

No. C 13-04916 WHA

**AMENDED CASE MANAGEMENT ORDER**

The Court has considered the parties' Joint Notice of Settlement and Stipulation Requesting a Brief Stay Pending the Hearing on the Motion for Preliminary Approval of the parties' settlement. The Court will revise the case management schedule as follows: The non-expert discovery cut off will be moved from **DECEMBER 12, 2014**, to **JANUARY 26, 2015**; the deadline for expert disclosures will be moved from **DECEMBER 12, 2014**, to **JANUARY 26, 2015**; the deadline for rebuttal expert reports will be moved from will be moved from **DECEMBER 26, 2014**, to **FEBRUARY 9, 2015**; the deadline for reply expert reports will be moved from **JANUARY 2, 2015**, to **FEBRUARY 16, 2015**; the expert discovery cut off will be moved from **JANUARY 16, 2015**, to **MARCH 2, 2015**; the dispositive motion deadline will be moved from **JANUARY 22,**

**2015**, to **MARCH 9, 2015**; the final pretrial conference will be moved from **MARCH 11, 2015** to **MAY 6, 2015 AT 2 P.M.**; the trial date will be moved from **MARCH 23, 2015**, to **MAY 18, 2015 AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated:  November 25, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE