Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California 90027
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
E-mail: aharris@harrisandruble.com
       pmohan@harrisandruble.com

Donald R. Pepperman (SBN 109809)
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
E-mail: dpepperman@blechercollins.com

*Attorneys for Plaintiffs Karen Taylor and Paulisa Fields*

Mark D. Kemple (SBN 145219)
Ashley M. Farrell (SBN 271825)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
E-Mail: kemplem@gtlaw.com
       farrella@gtlaw.com

*Attorneys for Defendant West Marine Products, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST MARINE PRODUCTS, INC.,<br><br>    Defendant. | Case No. 13-CV-4916-WHA<br>*Assigned to Hon. William H. Alsup*<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

      The Court has before it the Joint Motion for Final Approval of a Class Action Settlement ("Class Settlement") and Plaintiffs' Motion for Award of Attorney's Fees, Incentive Award and Reimbursement of Costs. After reviewing the Motion for Final Approval, Motion for Award of Attorney's Fees and the Stipulation and Settlement Agreement of Class Action and Individual Claims ("Class Settlement"), the Court hereby finds and orders as follows:

1. This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all parties to the action.

2. The Court finds that no Class Member has objected to the Class Settlement and 21 Class Members have requested exclusion from the Class Settlement.

3. This Court finds that the applicable requirements of Federal Rule of Civil Procedure 23 have been satisfied with respect to the Settlement Class and the proposed Class Settlement. The Court hereby makes final its earlier certification of the proposed Settlement Class.

4. The notice given to the Class Members fully and accurately informed the Class Members of all material elements of the proposed Class Settlement and of their opportunity to object to or comment thereon; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with the laws of the State of California, the Federal Rules of Civil Procedure, the United States Constitution, due process and other applicable law. The notice fairly and adequately described the Class Settlement and provided Class Members adequate instructions and a variety of means to obtain additional information. A full opportunity has been afforded to the Class Members to participate in this hearing, and all Class Members and other persons wishing to be heard have been heard. Accordingly, the Court determines that all Class Members (as defined in the Class Settlement) who did not timely and properly execute a request for exclusion are bound by this Order and Judgment.

5. The Court hereby finds the Class Settlement is fair, reasonable and adequate, and in the best interests of the Class as a whole. The Court hereby grants final approval to the Class Settlement. Accordingly, the Court hereby directs that the Class Settlement be effected in accordance with the Settlement Agreement and the following terms and conditions.

6. It is hereby ordered that the Settlement Administrator shall pay the Settlement Awards in

the amounts and pursuant to the terms set forth in the Settlement Agreement.

7.  It is hereby ordered that the that the Settlement Administrator shall pay the Incentive Award of $_____ to Class Representative Karen Taylor because the Court finds the Incentive Award is fair and reasonable for the work she provided to the Class and Class Counsel.

8.  It is hereby ordered that the Settlement Administrator shall pay a Fee Award of $_____, as well as $_____ in reimbursement of costs incurred by Class Counsel. Class Counsel's request falls within the range of reasonableness and the result achieved justified the award. Class Counsel's actual expenses in prosecuting this Action are hereby approved as reasonably incurred.

9.  It is hereby ordered that the Settlement Administrator shall pay the Labor and Workforce Development Agency $5,000 on account of the California Labor Code Private Attorney General's Act claim, as set forth in the Settlement Agreement.

10. It is hereby ordered that the Settlement Administrator shall be paid Administration Costs of $14,962.

11. With this final approval of the Class Settlement, it is hereby ordered that all claims that are released as set forth in the Settlement Agreement are hereby barred.

**IT IS SO ORDERED.**

Dated: _____      _____
                                   HON. WILLIAM H. ALSUP