Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California 90027
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
E-mail: aharris@harrisandruble.com
         pmohan@harrisandruble.com

Donald R. Pepperman (SBN 109809)
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
E-mail: dpepperman@blechercollins.com

*Attorneys for Plaintiffs Karen Taylor and Paulisa Fields*

Mark D. Kemple (SBN 145219)
Ashley M. Farrell (SBN 271825)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
E-Mail: kemplem@gtlaw.com
         farrella@gtlaw.com

*Attorneys for Defendant West Marine Products, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN TAYLOR, individually and on behalf of all others similarly situated, and PAULISA FIELDS,<br><br>        Plaintiffs,<br><br>  v.<br><br>WEST MARINE PRODUCTS, INC.,<br><br>        Defendant. | Case No. 13-CV-4916-WHA<br>*Assigned to Hon. William H. Alsup*<br><br>**[PROPOSED] JUDGMENT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

In accordance with the Order Granting Final Approval of Class-Action Settlement ("Final Approval Order") entered by the Court in this action, **IT IS ORDERED** that:

1. The persons identified in Exhibit 1 to the April 17, 2015 Declaration of Mark D. Kemple are hereby confirmed as Members of the Settlement Class.

2. Judgment is hereby entered dismissing the above-captioned action against Defendant on the merits and with prejudice and without the payment of fees or costs other than as provided in the Settlement referred to in the Final Approval Order, and with no admission or finding of liability on the merits of the claims asserted.

3. Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over (a) the implementation of the Settlement as described in the Final Approval Order, (b) the payment of the amount of reasonable attorney's fees and costs to be awarded to Class Counsel as provided for in the Settlement, and (c) all Parties hereto for the purpose of administering the Settlement and enforcing the terms of this Judgment.

**IT IS SO ORDERED.**

**IT IS SO ORDERED.**

Dated: _____          _____
                                 HON. WILLIAM H. ALSUP